JS 44 (Rev. 07/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

UNITED STATES, ex rel. CRYSTAL JOHNSON

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
BRIAN KENNEY, ESQUIRE
KENNEY & McCAFFERTY, P.C.          *See attached list for
1787 Sentry Parkway West,, Building 18, Suite 410    Additional Attorneys
Blue Bell, Pennsylvania 19422 (215) 367-4333

## DEFENDANTS

LINDE AG and LINDE ENGINEERING NORTH AMERICA, INC.

County of Residence of First Listed Defendant   Munich, Germany
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

*See attached list for Defendants and County of Residence

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1  U.S. Government
Plaintiff

☐ 2  U.S. Government
Defendant

☐ 3  Federal Question
*(U.S. Government Not a Party)*

☐ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                           *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☒ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | ☐ 690 Other | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 840 Trademark | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | **SOCIAL SECURITY** | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 864 SSID Title XVI | Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | | ☐ 893 Environmental Matters |
| | Medical Malpractice | | Leave Act | | ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | Agency Decision |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | State Statutes |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
Another District
*(specify)*

☐ 6 Multidistrict
Litigation -
Transfer

☐ 8 Multidistrict
Litigation -
Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
31 U.S.C. 3729-3733
Brief description of cause:
Civil False Claims Act

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____     DOCKET NUMBER _____

DATE  3/7/2017     SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

## CIVIL COVER SHEET CONT'D

### (1) (c) Attorneys (Firm Name, Address and Telephone Continued)

Stephen Hasegawa
PHILLIPS & COHEN LLP
100 The Embarcadero, Suite 300
San Francisco, CA 94105
Tel: (415) 836-9000

David Jochnowitz
PHILLIPS & COHEN LLP
2000 Massachusetts Avenue, NW
Washington, DC 20036
Tel: (202) 833-4567

## DEFENDANTS

(1)  Linde AG
     Address:  Klosterhofstrasse 1, 80331 Munich, PO Box 4020

(2)  Linde Engineering North America, Inc ("LENA")
     Address:  6100 South Yale Ave Suite 1200 Tulsa OK 74136

# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: __16190 East 590 Road, Inola, OK 74036__

Address of Defendant: __Linde AG; Klosterhofstrasse 1, 80331 Munich PO Box 4020; Linde Engineering North America, Inc.; 6100 South Yale Ave. Suite 1200, Tulsa, OK 74136__

Place of Accident, Incident or Transaction: __Including but not limited to State of Pennsylvania__
(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))                    Yes☐  No☒

Does this case involve multidistrict litigation possibilities?                    Yes☐  No☒
*RELATED CASE, IF ANY:*
Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
                                                                          Yes☐  No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
                                                                          Yes☐  No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?                    Yes☐  No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
                                                                          Yes☐  No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
    (Please specify)  __Civil False Claims Act__

B. *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
    (Please specify) _____

## ARBITRATION CERTIFICATION
(Check Appropriate Category)

I, __Brian P. Kenney, Esquire__ , counsel of record do hereby certify:
☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;
☐ Relief other than monetary damages is sought.

DATE: __March 7, 2017__     _____     __32944__
                            Attorney-at-Law                Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: __March 7, 2017__     _____     __32944__
                            Attorney-at-Law                Attorney I.D.#

CIV. 609 (5/2012)

## UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: __16190 East 590 Road, Inola, OK 74036__

Address of Defendant: __Linde AG; Klosterhofstrasse 1, 80331 Munich PO Box 4020; Linde Engineering North America, Inc.; 6100 South Yale Ave. Suite 1200, Tulsa, OK 74136__

Place of Accident, Incident or Transaction: __Including but not limited to State of Pennsylvania__
(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?

(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))     Yes☐  No☒

Does this case involve multidistrict litigation possibilities?     Yes☐  No☒

RELATED CASE, IF ANY:

Case Number: _____  Judge _____  Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐  No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐  No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐  No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐  No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. Federal Question Cases:

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
    (Please specify) __Civil False Claims Act__

B. Diversity Jurisdiction Cases:

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify) _____

## ARBITRATION CERTIFICATION
(Check Appropriate Category)

I, __Brian P. Kenney, Esquire__, counsel of record do hereby certify:
☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;
☐ Relief other than monetary damages is sought.

DATE: __March 7, 2017__     _____     __32944__
                          Attorney-at-Law         Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: __March 7, 2017__     _____     __32944__
                          Attorney-at-Law         Attorney I.D.#

CIV. 609 (5/2012)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| UNITED STATES, ex rel. CRYSTAL JOHNSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LINDE AG and LINDE ENGINEERING | : | NO. |
| NORTH AMERICA, INC. | : | |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

## SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.  ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.  ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.  ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)  ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.  (X)

| | | |
|---|---|---|
| 03/07/2017 | Brian P. Kenney, Esquire | Plaintiff/Relator, Crystal Johnon |
| **Date** | **Attorney-at-law** | **Attorney for** |
| (215) 367-4333 | (215) 367-4335 | bkenney@kenneymccafferty.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

**(Civ. 660) 10/02**

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| [UNDER SEAL], | Case No: |
| Plaintiffs, | **COMPLAINT** |
| v. | |
| [UNDER SEAL], | **FILED IN CAMERA AND UNDER SEAL PURSUANT TO 31 U.S.C. §3730(b)(2)** |
| Defendants. | |

**DOCUMENT TO BE KEPT UNDER SEAL**

**DO NOT ENTER INTO PACER**

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES, *ex rel.* CRYSTAL JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>LINDE AG and LINDE ENGINEERING NORTH AMERICA INC.,<br><br>  Defendants. | Case No:<br><br>**COMPLAINT**<br><br><u>**FILED IN CAMERA AND UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)**</u><br><br>**JURY TRIAL DEMANDED** |

Plaintiff-Relator Crystal Johnson, through her attorneys, on behalf of the United States of America (the "Government"), for her Complaint against Defendants Linde AG and Linde Engineering North America, Inc. (collectively, "Defendants"), alleges, based upon personal knowledge, relevant documents, and information and belief, as follows:

I.    <u>**INTRODUCTION**</u>

  1.    This is an action to recover damages and civil penalties on behalf of the United States of America for Defendants' violations of the federal False Claims Act, 31 U.S.C. § 3729, *et seq.* (the "FCA").

  2.    Customs duties protect United States jobs, among other things, by ensuring that American manufacturers can compete on a fair basis with foreign manufacturers. This case involves Defendants' use of falsified invoices and false statements on United States Customs and Border Protection ("CBP") declarations to reduce or to avoid the payment of customs duties, including antidumping or countervailing duties (collectively, "AD/CV duties"). Defendants' systemic fraud has resulted in their underpayment of customs duties, including AD/CV duties, by millions of dollars.

{00073822; 1 }

3.     In some instances, moreover, Defendants' fraud has directly resulted in the loss of American manufacturing opportunities.  As Defendants' own records acknowledge, Defendants' ability to evade tariffs and AD/CV duties has enabled them to purchase products from foreign manufacturers when, if forced to pay the appropriate duties, it would be more cost-effective to procure those products from United States manufacturers.

4.     Defendants improperly avoid customs duties in two ways.  First, Defendants frequently falsify the description of imported goods so that they can claim improperly low tariff rates and avoid payment of AD/CV duties.  For example, as detailed below, Defendants submitted CBP declarations describing Chinese stainless steel pipe products (which are subject to a high tariff and a substantial AD/CV duty) as carbon-steel products (which are subject to a lower tariff and no AD/CV duty), thus avoiding millions of dollars in duties.  Similarly, Defendants' employees have admitted to describing unassembled tank components as assembled tanks on CBP declarations in order to avoid the higher duties on unassembled components.  Second, Defendants systematically omit "assists"—work or materials that add value to the invoice price of an imported good—from their CBP declarations, even though the law clearly requires the inclusion of such matters.  The omission of assists from Defendants' CBP declarations results in the understatement of the value of the imported goods and the underpayment of customs duties.

5.     Relator seeks to redress two harms with this action.  First, she seeks to recover damages and civil penalties on behalf of the United States for Defendants' underpayment of customs duties, including AD/CV duties.  Second, she hopes to end Defendants' practice of unfairly favoring foreign suppliers over American manufacturers and American workers through the circumvention of customs duties.

## II.    PARTIES

6.     Defendant Linde AG ("Linde") is a German multinational chemical company and

is among the world's largest industrial gas companies.  Linde performs much of its work overseas.  Its India branch has over 1,000 engineers and provides most of the engineering work for Linde projects.

7.      Defendant Linde Engineering North America ("LENA") is a wholly-owned subsidiary of Linde.  Prior to 2016, LENA was based in Blue Bell, Pennsylvania, and conducted all global procurement through its Global Procurement Center of America.  Following a corporate reorganization in 2016, LENA became the umbrella organization for all of Linde's Engineering Division in the United States.  Its principal places of business are in Tulsa, Oklahoma and Houston, Texas.  The Global Procurement Center of America moved to Tulsa following reorganization.  Selas Linde North America ("SLENA") is a division of LENA.  It was created as part of the 2016 reorganization and is headquartered in Blue Bell, Pennsylvania.

8.      *Qui Tam* Plaintiff/Relator Crystal Johnson ("Relator") is a resident of Oklahoma.  She is a former employee of LENA's Tulsa office.  She worked for Linde for ten years, originally as a Logistics Coordinator for LENA's predecessor, Linde Process Plants, Inc.  She was promoted in 2013 to Strategic Logistics Manager, and in 2014 to Manager of Fabrication Procurement & Logistics.  In or around January 2016, as part of the restructuring of Linde's global operations, Relator was promoted to Manager of Purchasing and Logistics for the Global Procurement Center of America at LENA's Tulsa office.  Relator resigned from her position at LENA in January 2017.

III.    **JURISDICTION AND VENUE**

9.      This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and 31 U.S.C. § 3732, the latter of which specifically confers jurisdiction on this Court for actions brought pursuant to 31 U.S.C. §§ 3729 and 3730.

10.     This Court has personal jurisdiction over Defendants pursuant to 31 U.S.C. § 3732(a) because that section authorizes nationwide service of process and because Defendants

have minimum contacts with the United States.  Moreover, Defendants can be found in and transact business in the Eastern District of Pennsylvania.

11.    Venue is proper in the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1391(b), 28 U.S.C. § 1395(a), and 31 U.S.C. § 3732(a) because the Defendants can be found in, and/or transact or have transacted business in, this District.  At all times relevant to this Complaint, Defendants regularly conducted, and continue to conduct, substantial business within this District, and/or maintain employees and offices in this district.  Defendant LENA's principal place of business was in this District prior to 2016, its SLENA division continues to be based in this District, and many of the acts described in this Complaint occurred in this District.

## IV.    APPLICABLE LAW

### A.    The False Claims Act

12.    Congress originally enacted the FCA during the Civil War and substantially amended the Act in 1986—and, again, in 2009 and 2010—to enhance the ability of the United States to recover losses sustained as a result of fraud against it.  Congress amended the FCA after finding that fraud in federal programs was pervasive and that the statute, which Congress characterized as the primary tool for combating fraud against the government, needed modernization.  Congress amended the FCA to create incentives for individuals with knowledge of fraud against the government to disclose the information without fear of reprisals or government inaction, and to encourage the private bar to commit legal resources to prosecuting fraud on the government's behalf.

13.    The FCA prohibits, among other things, knowingly making, using, or causing to be made or used any false record or statement material to an obligation to pay or transmit money or property to the Government, or knowingly concealing or knowingly and improperly avoiding or decreasing an obligation to pay or transmit money or property to the Government.  31 U.S.C. § 3729(a)(1)(G).  Any person who violates the FCA is liable for a civil penalty for each

{00073822; 1 }                    COMPLAINT

violation, plus three times the amount of the damages sustained by the United States. 31 U.S.C.
§ 3729(a)(1).

14.    For purposes of the FCA, a person "knows" a claim or statement is false if that
person: "(i) has actual knowledge of [the falsity of] the information; (ii) acts in deliberate
ignorance of the truth or falsity of the information; or (iii) acts in reckless disregard of the truth
or falsity of the information." 31 U.S.C. § 3729(b)(1). The FCA does not require proof that a
defendant specifically intended to commit fraud. *Id.*

15.    Any person with information about an FCA violation may act as a relator, may
bring a *qui tam* action on behalf of the United States, and may share in any recovery. The FCA
requires that the *qui tam* complaint be filed under seal for a minimum of 60 days (without service
on the defendant during that time) to allow the government time to conduct its own investigation
and to determine whether to join the suit.

**B.    Payment of Customs Duties**

16.    CBP monitors and enforces U.S. trade laws and regulations concerning
importation of foreign goods. One of CBP's responsibilities is the collection of customs and
AD/CV duties owed on imported goods.

17.    "Entry" refers to the receipt of foreign goods into a United States port. Generally,
shippers must formally enter the goods within 24 hours of arrival at the port of entry. 19 U.S.C.
§ 1434. At or about the time of entry of foreign goods, importers or their agents (collectively
and alternatively, "importers") must file certain documents with CBP that allow CBP to assess
the customs duties due on the merchandise and "determine whether any other applicable
requirement of law ... is met." 19 U.S.C. § 1484(a)(1)(B); *see also* 19 U.S.C. § 1481. These
documents include CBP Form 7501 or its electronic equivalent, which is an entry summary that
declares the merchandise's country of origin, value, tariff classification, and the importer's
estimate of the correct amount of duties, fees, and other charges that it must pay. *See, e.g.,* CBP

Form 7501, attached as Exhibit A; *see also* 19 C.F.R. §§ 142.11; 141.19(a), 141.86(a), 142.6(a).

Importers also must file a commercial invoice. *See, e.g.*, 19 C.F.R. § 141.81, 141.86(a),

142.3(a), 142.6(a).

18.     Strict regulatory requirements apply to the customs invoice.  The invoice must

include, among other requirements:

- "a detailed description of the merchandise";
- "the purchase price of each item in the currency of purchase";
- "the value for each item";
- "the country of origin of the merchandise"; and
- "all goods or services furnished for the production of the merchandise (e.g., assists such as dies, molds, tools, engineering work) not included in the invoice price."

19 C.F.R. § 141.86.  An "assist" is any:

- "Materials, components, parts, or similar items incorporated in the imported merchandise";
- "Tools, dies, molds and similar items used in the production of the imported merchandise";
- "Merchandise consumed in the production of the imported merchandise"; or
- "Engineering, development, artwork, design work, and plans and sketches that are undertaken elsewhere than in the United States and are necessary for the production of the imported merchandise."

19 U.S.C. § 1401(a)(h).  Importers must disclose assists to enable CBP to estimate the true value

of foreign goods.  For example, a foreign vendor may agree to fabricate a piece of equipment for

$1,000 for a U.S.-based importer, with the understanding that the importer's Indian affiliate will

provide $250 worth of engineering work on the project and the importer's German affiliate will

arrange to ship $500 worth of raw materials to the vendor for use in the fabrication.  The value of

{00073822; 1 }

the imported goods is the sum of the vendor's manufacturing invoice price, the value of the engineering assist, and the value of the raw materials assist, or $1,750.

19.    Furthermore, "[w]henever the classification or appraisement of merchandise depends on the component materials, the invoice shall set forth a breakdown giving the value, weight, or other necessary measurement of each component material in sufficient detail to determine the correct duties." 19 C.F.R. § 141.87.

20.    Additional requirements apply to certain specified imports. *See* 19 C.F.R. § 141.89. For example, invoices for shipments containing "[a]luminum and [certain] alloys of aluminum classifiable" under certain Harmonized Tariff System codes must have a "[s]tatement of the percentages by weight of any metallic element contained in the article." *Id.* Regulations specify additional requirements on a variety of goods.

21.    All invoices must also contain "[t]he appropriate eight-digit subheading from the Harmonized Tariff Schedule of the United States" for each item being imported. 19 C.F.R. § 142.6; *see also* 19 U.S.C. § 1202; 19 C.F.R. §§ 141.90; 152.11.

22.    Imported merchandise is classified using Harmonized System ("HS") or Harmonized Tariff Schedule ("HTS") codes. Codes are extremely detailed, comprising up to ten digits, with each successive pair of digits containing more specific information. The first four digits are "headings," the next four digits are "subheadings," and the final two digits are "statistical suffixes." For example, an HTS code whose first two digits are 76 refers to aluminum products. Code 7601 is the heading for unwrought aluminum. Code 7601.20 refers to unwrought aluminum alloys. Code 7601.20.90 refers to unwrought aluminum alloys that are not of coils smaller than 9.5mm and that do not contain 25 percent or more silicon, by weight. Code 7601.20.9060 refers to aluminum meeting the requirements of Code 7601.20.90, with the additional requirement that it contain 0.03 percent or more lead, by weight. There are over 17,000 unique HTS codes.

{00073822; 1 }

23.     Each HTS code has up to three rates of duty: a "general" rate, a "special" rate, and a third rate for imports from certain disfavored nations.  General rates are the default duty for countries with which the United States has normal trade relations.  *See* HTSA Basic Edition 2017 General Notes; General Rules of Interpretation; General Statistical Notes at 3, *available at* https://hts.usitc.gov/view/General%20Notes?release=basic2017corrections.  Special rates apply to certain imports from countries "properly classified under a provision for which a special rate is indicated and for which all the legal requirements for eligibility for such program or programs have been met."  *Id.*  Special rates usually reflect preferential treatment of certain goods under free trade agreements.  Rates from disfavored nations are much higher than either the general or special rate.  As of 2017, only products from Cuba and North Korea are subject to this higher rate unless otherwise required by the President of the United States.  *Id.* at 7.

24.     In addition to the regular duties assessed on many goods, certain classes of foreign goods are subject to AD/CV duties.  AD/CV duties can be much greater than other duties.  AD/CV duties apply to merchandise if the Secretary of Commerce determines that (a) the merchandise "is being, or is likely to be, sold in the United States at less than its fair value," or that "the government of a country or any public entity within the territory of a country is providing, directly or indirectly, a countervailable subsidy with respect to [its] manufacture, production, or export"; and (b) the United States International Trade Commission determines that a United States industry is "materially injured, or is threatened with injury, or the establishment of an industry in the United States is materially retarded by reason of sales (or the likelihood of sales) of that merchandise for importation."  19 U.S.C. §§ 1671, 1673.  The Department of Commerce maintains a list, by country of origin, of items subject to AD/CV duties.  The list contains a detailed description of the items and reference to their HTS subheadings.  Importers must indicate on the entry forms describing the imported goods whether any of the merchandise is subject to AD/CV duties.  *See* 19 C.F.R. § 141.90.

25.     Importers generally must deposit estimated duties, including import tariffs and AD/CV duties, with CBP at the time of entry.  19 U.S.C. § 1505(a); 19 C.F.R. §§ 141.101, 141.103.

26.     The importer or its agent must also affirm on CBP Form 7501 that "the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities . . . and are true and correct . . .."  CBP Form 7501; *see also* 19 U.S.C. § 1485 (importers must also file a declaration under oath stating that the prices and "all other statements in the invoice or other documents filed with the entry, or the entry itself, are true and correct."); 19 C.F.R. § 141.19.

27.     Importers generally must maintain entry records for five years.  19 C.F.R. § 163.4(a).

V.     **FACTUAL ALLEGATIONS**

28.     Linde is a German-based conglomerate focusing on engineering and the supply of industrial, process, and specialty gases.  Prior to 2016, Linde's Engineering Division in the United States included two subsidiaries relevant to this action: LENA, based in Blue Bell, Pennsylvania, and Linde Process Plants, based in Tulsa, Oklahoma.  LENA's Global Procurement Center of America operated out of Blue Bell and handled all global procurement that involved the United States, other than some projects for Linde Process Plants, which that entity handled itself.  LENA's Global Procurement Center of America operated in cooperation with Linde's German headquarters, which also handled all international projects not related to the United States (except as described below).

29.     Following a corporate reorganization in 2016, LENA became the umbrella organization for all of Linde's Engineering Division operations in North America and relocated to Tulsa and Houston, Texas.  Linde Process Plants ceased to exist as a separate entity.  The Global Procurement Center of America moved to Tulsa, and most procurement responsibilities

moved there as well.  LENA created a division, SLENA, which operated out of the Blue Bell location and retained procurement responsibilities for furnace projects in the United States.

30.    LENA also operates a facility in Catoosa, Oklahoma, where LENA fabricates, among other things, structures and modules for the plants that Defendants contract to build.

31.    When importing goods, LENA contracts with a freight forwarder to act as an agent on LENA's behalf.  At all times LENA either approved of or directed its agent freight forwarders' actions with respect to customs invoices and CBP entry forms.

32.    Prior to the 2016 reorganization, Simon Kassas was the head of LENA's Global Procurement Center of America, then based in Blue Bell, Pennsylvania.  In that role Mr. Kassas oversaw most procurement issues, including customs paperwork for U.S.-based projects, aided by Jae Yoo.  After the reorganization, Mr. Kassas became the Vice President of Procurement for SLENA.  Mr. Kassas left SLENA as of January 11, 2017.  Mr. Yoo still works for SLENA.

33.    Throughout most of 2016 until her resignation from LENA in January 2017, Relator was LENA's Manager of Purchasing and Logistics in Tulsa.  In the course of her new duties in 2016, Relator noticed that Defendants had frequently submitted CBP paperwork, including Form 7501 Entry Summaries and customs invoices, with false or incomplete descriptions of the goods being imported and of the value of those goods.  Relator discovered that in most instances these incorrect codes were knowingly submitted in order to reduce Defendants' customs and AD/CV duties.

34.    In recent years, LENA has changed rapidly from a company employing principally American manufacturing to one relying heavily on foreign manufacturing.  According to a September 2016 LENA customs training session, in each of 2011 and 2012, LENA's predecessor, Linde Process Plants, imported less than $750,000 in foreign merchandise.  Those imports increased to more than $39 million in 2013, $78 million in 2014, and $268 million in 2015, before dropping to more than $42 million for January through September 2016, still

dozens of times the entity's average annual imports before 2013.

35.      Despite the rapid increase in LENA's import activity, LENA pays relatively little in import duties.  According to a presentation during LENA's September 2016 customs training, average import duties for comparable companies are around 2% of the total value of the goods imported, but LENA historically has paid less than 1%.  As set forth below, that is because Defendants make false statements in forms filed with CBP in order to avoid paying import duties.

36.      Defendants do so in two ways.  First, they knowingly submit invoices and entry summaries to CBP that contain false identification of the goods being imported, enabling Defendants to pay duties at a lower rate than they would if they accurately described the goods at issue.  Second, Defendants omit "assists" from their CBP paperwork, thereby falsely understating the cost of the goods imported and enabling the underpayment of tariffs.  Both types of misconduct are described in greater detail below.

A.      <u>Defendants Used Incorrect HTS Codes on CBP Submissions to Falsely Describe Imported Goods and Avoid or Reduce Import Duties</u>

37.      When an importer brings foreign merchandise into the United States, it must prepare an Entry Summary on CBP Form 7501 providing the information and supporting documentation, including a customs invoice, necessary to enable CBP to assess duties and collect statistics.  *See* 19 C.F.R. §§ 142.11; 141.19(a), 141.86(a), 142.6(a).

38.      Attached as Exhibit A is an example of an Entry Summary for a shipment of merchandise to SLENA for use in a project in Monaca, PA.  The top portion of the form contains basic information about the shipment, including the summary date, entry date, shipper, mode of transport, and importer—in this case LENA (see Boxes 23 and 26).

39.      The form also contains spaces for a description of each separate item of merchandise in the shipment, and, for each item, the item's exact HTS Code, the quantity of that

item, the value of the item and, based on the HTS Code entered, the duty rate and amount of duty. Exhibit A, Boxes 27-34. If the shipment contains separate items corresponding to more than one HTS code, the form must separately describe each.

40.     For example, Exhibit A describes two separate types of merchandise: Line 001 of the form purportedly refers to 104,310 kg of stainless steel tubes corresponding to HTS Code 7304.41.6045. The first number, "7304" is the HTS heading corresponding to "tubes, pipes and hollow profiles, seamless, of iron (other than cast iron or steel)." The second number, "41," refers to "cold-drawn or cold-rolled (cold-reduced)" steel. The first two digits of the third number, "60," are an "other" designation meaning that the merchandise is not "of an external diameter of less than 19 mm," and the last two digits of the third number, "45," are another "other" designation meaning that the merchandise is not made of "high-nickel alloy steel" and is not "suitable for use in boilers, superheaters, heat exchangers, condensers, refining furnaces and feedwater heaters." *See* HTS (2017 HTSA Basic Edition), § 7304.41.6045. Line 002 of the form purportedly describes merchandise corresponding to HTS code 7307.29.0090, or "tube or pipe fittings (for example, couplings, elbows, sleeves), of iron or steel," not made of "nonmalleable cast iron," and not comprising "ductile fittings," "flanges," "threaded elbows, bends, and sleeves," or "butt welding fittings." *See* HTS (2017 HTSA Basic Edition), § 7307.29.0090.

41.     Based upon the HTS codes, quantities, values, and duties entered, the form calculates a total entered value of the merchandise described and a total duty payable to CBP. Exhibit A, Boxes 35, 37-40. The importer of record or its authorized agent must certify the accuracy of the information in the form. *Id.*, Box 36.

42.     Defendants frequently and knowingly choose to enter incorrect HTS codes on their customs forms to lower the duties owed and to avoid AD/CV duties, in violation of the False Claims Act. Several examples follow, but these examples are not exhaustive.

1.    **Defendants' False Description of Merchandise for Use in the Rock Springs Project**

43.    In 2014, LENA contracted with J.R. Simplot Company to build an ammonia plant in Rock Springs, Wyoming.  LENA's Global Procurement Center of America, at that time based in Blue Bell, Pennsylvania, was principally responsible for procurement and customs for Defendants' United States operations, including LENA's Rock Springs project.

44.    As part of the Rock Springs project, LENA had to source stainless steel pipes and pipe fittings.  The procurement team for the Global Procurement Center of America, then based in Blue Bell, first looked domestically and internally, and LENA's Catoosa fabrication facility quoted a price for the pipes.  Defendants also solicited a bid for the pipes and fittings from Yanda, a Chinese vendor.  Yanda quoted a significantly lower invoice price than that quoted by LENA's Catoosa facility.

45.    Despite the difference in bids between Yanda and LENA's Catoosa facility, the total cost for Defendants to import these stainless steel pipes and pipe fittings from China— including shipping costs, duties, and AD/CV duties—was only lower than the total cost to fabricate the merchandise in LENA's Catoosa facility if Defendants could reduce the import duties on the products, including the substantial AD/CV duty, to less than what Defendants would owe if they accurately described the materials on their customs forms.  Accordingly, to take advantage of the Chinese vendor's low invoice price, Simon Kassas, head of LENA's Global Procurement Center of America, and Jae Yoo, a Logistics Coordinator in Blue Bell, Pennsylvania, decided to falsify Defendants' CBP paperwork.

46.    Between September 28, 2015 and March 17, 2016, LENA and, after January 2016, SLENA, "entered"—*i.e.*, imported from abroad—sixteen shipping containers with the stainless steel pipes and pipe fittings it had ordered from Yanda.  Each shipment was accompanied by separate CBP paperwork, including a separate CBP Form 7501 and a separate

customs invoice. Mr. Yoo, with Mr. Kassas's approval, filled out customs paperwork for all shipments before the 2016 reorganization. At some point after the January 2016 corporate reorganization, Linde personnel in Germany assumed responsibility for filling out the customs paperwork for the Rock Springs projects, but they continued to use the false codes Mr. Yoo and Mr. Kassas had adopted earlier.

47.     Although there were variations among those sixteen shipments in the lengths or shapes of the pipe, every item in each container was a stainless steel pipe or pipe fitting. Defendants knew that the pipes were made of stainless steel, and therefore should have designated them with the appropriate HTS subheadings and statistical suffixes for stainless steel pipes. Despite that knowledge, Mr. Yoo, with Mr. Kassas's knowledge and approval, and later individuals at Linde in Germany, inserted the HTS code for carbon steel piping on Defendants' CBP forms entering the products. By changing the HTS code, Defendants dramatically reduced the cost to import these items by avoiding AD/CV duties applicable to stainless steel from China.

48.     On or about February 24, 2016 SLENA submitted entry paperwork for one of the shipments for the Rock Springs project, designated internally as PD187, when it arrived at the Port of Los Angeles. Shortly thereafter, CBP inspected PD187. Upon visual inspection of the contents of the container, CBP determined that Defendants' entry paperwork for the PD187 shipment was incorrect, and that the pipes and fittings in the shipment were made from stainless steel, not carbon steel. It sent a notice to SLENA seeking SLENA's position and stating that the container would be impounded until resolution. SLENA did not respond to the notice.

49.     CBP sent a second notice to SLENA seeking SLENA's position concerning the PD187 shipment and again stating that the container would be impounded until resolution. SLENA again failed to respond to the notice.

50.     In or around May 2016, CBP send a third communication to SLENA concerning the impounded shipping container. CBP assessed approximately $460,000 in duties, including

AD/CV duties, and informed SLENA that Defendants could obtain the release of the container upon payment of those duties. It was only upon receipt of this third notice that executives of Linde in Germany and of LENA in Tulsa became aware that CBP had caught Defendants' misstatements on the entry form for the PD187 shipment. After receipt of this third notice, Defendants prepared revised paperwork for the PD187 shipment—this time, correctly describing its contents as stainless-steel pipe and fittings subject to AD/CV duties—and are in the process of negotiating payment to CBP for the shipment's release.

51.     As Defendants are aware, however, they successfully imported fifteen other very similar shipments of stainless steel pipes and fittings for the Rock Springs project using CBP submissions containing the same misrepresentation as the one CBP caught on shipment PD187. Defendants' CBP paperwork for these fifteen shipments, including the Form 7501 Entry Summaries, falsely represented that the pipes and fittings imported in each shipment were made from carbon steel instead of stainless steel. Accordingly, if Defendants had not falsely described the merchandise in each of those fifteen shipments, they would have been subject to AD/CV duties at the same rate as the PD187 shipment.

52.     As a result of their intentional misrepresentations on CBP Form 7501 Entry Summaries and in customs invoices, therefore, Defendants have underpaid duties, including AD/CV duties, of almost $7 million in addition to the $460,000 in duties that CBP assessed on the PD187 shipment.

53.     Despite the fact that they are aware that the descriptions of all sixteen Rock Springs project shipments are false for identical reasons, Defendants have not informed CBP of the misrepresentation on the forms for the fifteen shipments from the Rock Springs project other than PD187. Although Defendants have informed CBP of their intent to make disclosures of additional misrepresentations at some time in the future, Defendants do not intend to fully disclose to CBP the errors on the other fifteen shipments of stainless steel pipes and pipe fittings

for use in the Rock Springs project.

54.     The customs paperwork for all sixteen shipments of stainless steel pipes and pipe fittings for use in the Rock Springs project also contained representations that were false for the additional reasons set forth in Section V.B below.

## 2.    Defendants' False Description of Goods on CBP Forms Relating to its Monaca Project

55.     In 2014, Shell awarded Linde AG a contract for ethane crackers in Monaca, Pennsylvania.  As part of that project, SLENA imported numerous items, including:

- stainless steel pipe corresponding to HTS code 7304.41.6045, which is not subject to any duty;

- stainless steel pipe with nipple fittings corresponding to HTS code 7307.29.0090, which is subject to a 5% duty;

- stainless steel pipes with elbow joints corresponding to HTS code 7307.22.5000, which is subject to a 6.2% duty; and

- stainless steel pipes with flanges corresponding to HTS code 7307.21.5000, which is subject to a 5.6% duty.

56.     SLENA entered those goods in two shipments from China-based Jiangsu Wujin Stainless Steel Pipe Group Co., Ltd. under LENA's importer number.  *See* Exhibits A – D.

57.     For the first shipment, which SLENA entered (under LENA's importer number) on August 30, 2016, SLENA submitted a Form 7501 to CBP on September 13, 2016.  *See* Exhibit C.  SLENA included only two HTS codes on its CBP Form 7501—7304.41.6045, which corresponds to "tubes, pipes and hollow profiles, seamless, of iron or steel, cold-drawn or cold-rolled (cold-reduced), not of an external diameter of less than 19mm, other," for which importers need not pay any duty, and 7307.29.0090, corresponding to "tube or pipe fittings of iron or steel, other, other," for which importers must pay a 5% duty.  Based on those classifications,

{00073822; 1 }

defendants paid $9,244.20 in duties. Defendants indicated on that form that the total value of the shipment was $459,952.

58.    On September 21, 2016, Jiangsu Wujin sent a detailed purchase order to LENA's office in Tulsa that contained information for each type of pipe that SLENA had ordered. *See* Exhibit E. Relator reviewed the information and determined that some of the goods in the shipment should have been identified with HTS code 7307.21.5000, corresponding to "tube or pipe fittings of iron or steel, flanges, other," which carries a 5.6% duty, and others should have been identified with HTS code 7307.22.5000, corresponding to "tube or pipe fittings of iron or steel, threaded elbows or bends," which carries a 6.2% duty. *See* Exhibit E at 6 – 36 (customs invoice modified by Relator to indicate proper HTS codes for goods entered with Exhibit C; Relator's notes with the correct HTS code and the applicable duty are printed next to the product description on each page). Instead, SLENA identified all of those items using HTS code 7307.29.0090 for "tube or pipe fittings of iron or steel, other, other," which carries a lower 5% duty. Thus SLENA reduced the amount LENA owed to the Government by misclassifying these items.

59.    The second shipment from Jiangsu Wujin arrived on September 3, 2016 and SLENA submitted a Form 7501 or caused a Form 7501 to be submitted to CBP on September 16, 2016, also under LENA's importer number. *See* Exhibit A. SLENA again used only two HTS codes on its CBP Form 7501—7304.41.6045, for which importers need not pay any duty, and 7307.29.0090, for which importers must pay a 5% duty. Again, some of the items identified with HTS code 7307.29.0090 were bends, elbows, and flanges, which should have been identified with HTS codes 7307.21.5000 and 7207.22.5000. SLENA paid $16,661.40 in customs duties, but if it had accurately described these products, it would have paid more.

### 3.    Defendants' False Description of Goods Imported for its Patriot Project.

60.    On August 13, 2014 LENA filed a CBP Form 7501 and customs invoice with CBP for a shipment it imported on August 2, 2014 for its Patriot Project near Houston, Texas. *See* Exhibit F, Line 001.  On its CBP Form 7501, LENA indicated that it was importing a heat exchange unit with HTS code 8419.50.5000 (plant or laboratory machinery, heat exchange units, not brazed aluminum plate-fin heat exchangers), which carries no import duty.  By inputting only a single HTS code, LENA effectively stated that it was importing a complete heat exchange unit. After studying the packing list, however, Relator noticed that the individual components of the product were separately listed and there was an entry for spare parts.  *See* Exhibit G.  Based on her review of the packing list, Relator believes that the entry form was improperly completed for at least two reasons.  First, the item was likely shipped in pieces, and each piece should have been separately identified by its appropriate HTS code—which would, based on Relator's knowledge of customs duties, likely result in some duties applied to at least some of the components.  Second, the spare parts should have been separately listed and would likely have been subject to import duties.

61.    By misclassifying this shipment and/or failing to include all the items in the shipment LENA reduced its estimated duties to the Government.

### 4.    Defendants' Admission of the Use of False Assertions in CBP Submissions that Components Were Shipped as Assembled Goods

62.    In 2016, Linde LLC, the industrial gases division of LENA, began work on a project to build an air separation plant in Adel, Georgia, scheduled to be completed in 2019.  As part of that project, Linde LLC needed to source large flat-bottom cryogenic tanks.  LENA conducted the procurement on behalf of Linde LLC.  LENA narrowed the procurement options to two companies, CryoSpain, a Spanish company, and CB&I, a U.S.-based company.  Robert

{00073822; 1 }

Petras, Agency Product Manager at LENA, reached out in 2016 to CryoSpain to get quotes for the tanks. Mr. Petras also worked with Jose Fonseca, Head of Project Procurement Management at LENA's Houston office.

63.    CryoSpain indicated, as part of its quotation, that it would ship the tanks as components and have them assembled on site in the United States. *See* Exhibit H at 21 (Robert Petras indicating the pieces would be "sent to the US to be assembled on site"). On September 23, 2016, Pierre Meurgey, CryoSpain's Export Manager, sent an email to Mr. Petras suggesting two alternatives for minimizing import duties on CryoSpain's tank components: either LENA could describe them as a single assembled tank (using HTS code 7311.00.90; Mr. Meurgey erroneously typed 7311.00.99, which is not a code in the HTS database), or it could identify the component tank plates using HTS code 7314.50 and could identify the remaining pipes and fittings using various different HTS codes. *Id.* at 4. According to Mr. Meurgey, this would enable LENA to claim a "0% customs fee" on the imported tank components.

64.    Around the same time period, Rebecca Dykes, a LENA logistics coordinator who reported to Relator, told Relator that Mr. Fonseca told her that, as part of the sourcing evaluation, he was considering classifying the CryoSpain components as a completed tank, which would have resulted in a lower duty than truthfully classifying the goods as components.

65.    In a September 23, 2016 email, Mr. Petras pressured LENA's logistics staff, including Relator and Ms. Dykes, to find a way to avoid import duties, noting in an email that "If the import duty issue goes away there could be significant savings using this vendor over CB&I," the United States vendor. *Id.* at 4.

66.    Nonetheless, as Ms. Dykes, after consultation with Relator, informed Mr. Petras in an email the same day, LENA could not adopt Mr. Meurgey's suggestions because they would result in false statements to CBP:

    [T]he understanding is unless this is a completed tank shipping as a whole

> it can not be classified under the 7311.00.90 classification. … In addition
> to that the description he lists below is Stainless Steel and Carbon Plates,
> but the classification code he gave is for Expanded Metal. … This will
> make a big difference to the US Customs whether it is subject to the
> [antidumping] and [countervailing duties] laws.

*Id.* at 3. In other words, LENA could not use either of the options that Mr. Meurgey had proposed for avoidance of customs duties.

67.     In an October 7, 2016 email, Ms. Dykes told Relator that, despite Ms. Dykes's statement that LENA could not use the HTS codes suggested by CryoSpain, Mr. Fonseca continued to call LENA in an attempt to convince LENA's logistics staff to mischaracterize the tank components in order to claim lower import and AD/CV duties. See Exhibit I at 1. Ms. Dykes stated that Mr. Fonseca told her that "they have done this"—falsely describe tank components as completed tanks on CBP Form 7501 Entry Summaries—"on previous occasions with another supplier."

68.     While Relator does not believe that Defendants mischaracterized any components from CryoSpain for the Adel project—in part because of a fear of heightened CBP scrutiny resulting from the inspection and impound of shipment PD187—the prior instance to which Mr. Fonseca referred in his call with Ms. Dykes involved false statements on Defendants' CBP Form 7015s and customs invoices to reduce or avoid payment of duties owed to the United States, in violation of the False Claims Act.

**B.**     **Defendants Consistently Misrepresented to CBP that their Imports Included No Assists and Failed to Include the Value of Assists in Reporting the Value of the Goods Imported on their CBP Submissions**

69.     Defendants also consistently failed to report, and continue to fail to report, the true cost of the materials they import, thus improperly reducing their customs duties.

- 20 -

70.    Defendants frequently use Linde's foreign engineering team—including, commonly, Linde's engineers based in India or in its German headquarters—to design the materials that Defendants source from foreign vendors.  Engineering services in India are a fraction of the cost of comparable services in the United States.

71.    Similarly, Defendants often internally source raw materials or components from Linde's foreign affiliates, then ship those raw materials to foreign vendors for use in the manufacture of products to be imported into the United States.

72.    As described above, those engineering services and materials, to the extent they are obtained from non-United States sources, must be disclosed on Defendants' customs invoices and CBP Form 7501s because they are foreign assists.  19 U.S.C. § 1401(a)(h); 19 C.F.R. § 141.86.  Those foreign assists add value to the goods imported, but their value is not reflected in the price paid to the invoicing vendor for those goods.

73.    Defendants, as a matter of practice, do not disclose the value of Linde's foreign engineering services or of materials sourced from Linde's foreign affiliates when preparing their CBP Form 7501s for imports into the United States.  Because those assists are required to be disclosed and detailed on those forms, their omission is a false statement that there were no assists associated with the imported goods.  Similarly, because the values disclosed on Defendants' CBP Form 7501s do not reflect the values of those assists, Defendants' CBP Form 7501s routinely understate the value of the goods imported.  As a result, Defendants' failure to disclose assists provided for imported goods results in the routine underpayment of import duties to the United States.

74.    For example, on November 29, 2016 in LENA's Tulsa office Relator spoke with Jose Fonseca, Head of Project Procurement Management, regarding SLENA's procurement practices for convection boxes.  SLENA handles the procurement of convection boxes in the United States for all of Defendants' projects.  Mr. Fonseca told Relator that, when procuring

convection boxes, SLENA (and, prior to the 2016 reorganization, LENA in Blue Bell) adhered to a practice of purchasing the raw material for convection boxes and shipping it to overseas vendors for manufacturing and assembly. Defendants then imported the completed convection boxes without including the value of foreign raw material assists on entry forms or customs invoices submitted to CBP.

75.      Mr. Fonseca described a particular instance when SLENA procured stainless steel piping from China, had it shipped to an intermediary manufacturer in Korea for a process called "finning," and then had the finned product shipped to another manufacturer in Taiwan for inclusion in a completed convection box. The box was ultimately imported into the United States, but Defendants did not include any of the raw materials or intermediate finned goods as assists. This reduced the total value of the product indicated on Defendants' entry forms and in turn reduced the customs duties paid to the United States.

76.      Similarly, in 2014 Defendants secured a contract with Lima Refining Company in Lima, Ohio. As part of that project, LENA contracted with L.P. SPA, an Italian manufacturer, to build a convection box. Linde's German office issued a €783,000 purchase order to L.P. SPA on behalf of LENA on April 17, 2015 for manufacturing the box in Italy and shipping it to the United States. *See* Exhibit J at 1.

77.      That value, however, does not reflect the assists that Defendants provided to L.P. SPA. Based on the conversation with Mr. Fonseca described above, Relator understands that LENA engaged in its regular practice of procuring raw materials, including from foreign sources, and having them shipped to the vendor for use in the final product. Relator also believes that a substantial amount of the engineering work for this convection box was performed by Linde's India subsidiary and German headquarters.

78.      The foreign materials and engineering used in the manufacture of this convection box were assists that Defendants were required to disclose to CBP when importing the

convection box. Defendants were required to add the value of these assists to the manufacturing price of the box to calculate the total value of the imported goods, and in turn to calculate the total duties owed. Defendants failed to disclose any assists on either their Form 7501 or their customs invoice for the convection box for the Lima project. *See* Exhibits K, Exhibit L.[1] By doing so, Defendants falsely asserted that there were no assists involved in the manufacture of the box. Defendants thus reduced the amount claimed on their entry form and invoice and in turn reduced the duties owed to the United States.

79.    The instances described in Paragraphs 74 through 78 are merely representative examples of Defendants' frequent practice, and are not exhaustive.

80.    In a meeting on October 13, 2016, Relator discussed Defendants' failure to report assists on their CBP submissions with Hans-Joachim Gastel, formerly Linde's Executive Vice President and Head of Procurement (and now Linde's Head of Project Execution), Thomas Deiting, LENA's Head of Global Procurement Center of America, Ms. Dykes, and Kim Dinelli, a LENA Project Procurement Manager. Relator expressed concern to Mr. Gastel that Defendants repeatedly used incorrect HTS codes and failed to include assists and materials in their customs paperwork for imported goods. Relator informed Mr. Gastel and Mr. Deiting that all assists had to be included in the value of the merchandise. Mr. Gastel responded that that is not how Linde does business. Relator reminded Mr. Gastel that the reporting of assists is a requirement of the United States customs laws. Mr. Gastel replied that those laws and regulations were just meant to protect U.S.-based companies and that "if we have to include this

---

[1] The Form 7501 and attached customs invoice for this project reflect two changes from LENA's original purchase order. First, the invoice reflects the addition of an "extra supply of lifting beam" not included in the original purchase order, with an additional purchase price of €10,500. Exhibit L at 1. Second, the invoice reflects that the vendor had already invoiced LENA €386,500. *Id.* Thus, even though the total value of the goods reflected on the invoice was €783,500, after deducting the amounts previously invoiced, the invoice total was €397,000, the same amount stated as the total value of the goods imported in LENA's Form 7501. *Id.*; Ex. K. Relator does not know whether LENA submitted customs forms at a different time reflecting the previously-invoiced value referred to in Exhibit L.

[*i.e.*, comply with the law and report assists, thus increasing the customs duties owed], we will never get another US project." Relator understood Mr. Gastel's comment to mean that Defendants could not compete with other providers of similar services if it complied with U.S. Customs requirements, and that it therefore would not do so.

### C.    Defendants Knew Their Conduct Violated United States Customs Laws

81.    Simon Kassas, former Vice President of Procurement for SLENA and former Head of LENA's Global Procurement Center of America, was responsible for all purchasing and logistics activities for the company until January 11, 2017. He ordered or oversaw many of the changes discussed above that led to reduced customs duties. Indeed, Mr. Kassas was proud of his achievements in lowering the duties. Despite the fact that SLENA and LENA sourced equipment and materials from around the world, Mr. Kassas noted in an email on November 3, 2016 to Executive Vice President and Head of Procurement Engineering Hans-Joachim Gastel that "in my 10 years at LENA, we never had to pay anti-dumping by taking precaution in advance." Exhibit M at 1. Relator understood Mr. Kassas's comment to mean that, to avoid paying AD/CV duties, he supervised the research and adoption of HTS codes at the bid stage— *i.e.*, prior to the issuance of any purchase order—that did not accurately describe the imported goods and that did not trigger AD/CV duties.

82.    One of Mr. Kassas' direct reports, Jose Fonseca, was tasked with developing budgets for material costs and placing purchase orders. Mr. Fonseca bragged internally about changing HTS codes applicable to the goods Defendants were importing to other HTS codes that resulted in free or reduced duties.

83.    After Relator discovered the issues above, she repeatedly raised them with her supervisors and corporate leaders. For example, on in a meeting in or about September 2016, Relator discussed the systemic issues described above with her boss, Mr. Deiting. When Relator described the issues, Mr. Deiting replied that "people make mistakes." Relator explained that

"when it's every single time, it's not a mistake."  She further insisted to Mr. Deiting that when a vendor indicated that "it should be this [HTS] code," and Linde changed the code to one with a lower duty, it was not an accident.  Mr. Deiting suggested that the repeated changes might not be intentional.  Relator insisted that the evidence clearly showed that the changes were intentional and that not only could Linde be held liable but individuals could go to jail as a result of the significant understatement of duties.  In particular, Relator identified to Mr. Deiting the risk that Herbert Klier, the head of Linde's German-based compliance team, could potentially be personally liable.  Mr. Deiting did not act on Relator's warnings.

84.     Relator also raised the issue with Mr. Deiting's boss, Mr. Gastel, in the October 13, 2016 meeting with Mr. Gastel, Mr. Deiting, Ms. Dinelli, and Ms. Dykes described in ¶ 80 above.

**D.     <u>Defendants Fail to Maintain Customs Records as Required by Law</u>**

85.     As described above, importers are required to maintain entry records for five years.  19 C.F.R. § 163.4(a).  Defendants, however, fail to do so.  Defendants have simply discarded substantial records, including invoices and packing lists, relating to numerous entries of foreign goods in the last five years.

**VI.     <u>CAUSES OF ACTION</u>**

<div align="center">

**COUNT I**
**False Claims Act**
**<u>31 U.S.C. § 3729(a)(1)(G)</u>**

</div>

86.     Relator realleges and incorporates by reference the allegations contained in all paragraphs 1 – 85 above as if fully set forth herein.

87.     This is a claim for treble damages and penalties under the False Claims Act, 31 U.S.C. § 3729, *et seq.*, as amended.

88.     By virtue of the acts described above, Defendants knowingly made, used, or caused to be made or used false records or statements material to an obligation to pay or transmit money or property to the Government, or knowingly concealed or knowingly and improperly

{00073822; 1 }

avoided or decreased an obligation to pay or transmit money or property to the Government.

89.     The Government, unaware of the falsity of the records, statements and claims made or caused to be made by Defendants, did not collect from Defendants all of the money that it would have collected but for Defendants' illegal conduct.

90.     By reason of Defendants' acts, the United States has been damaged, and continues to be damaged, in a substantial amount to be determined at trial.

91.     Additionally, the United States is entitled to the maximum penalty for each and every violation alleged herein.

## VII.   PRAYER

WHEREFORE, Relator Crystal Johnson prays for judgment against Defendants as follows:

92.     That Defendants cease and desist from violating 31 U.S.C. § 3729, *et seq.*;

93.     That this Court enter judgment against Defendants in an amount equal to three times the amount of damages the United States has sustained because of Defendant's actions, plus the maximum civil penalty allowable under 31 U.S.C. § 3729, as adjusted by the Federal Civil Penalties Inflation Adjustment Act of 1990, for each violation;

94.     That Relator be awarded the maximum amount allowed pursuant to § 3730(d) of the Federal False Claims Act;

95.     That Relator be awarded all costs of this action, including attorneys' fees and expenses; and

96.     That the United States and Relator recover such other and further relief as the Court deems just and proper.

## VIII.   DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Relator Crystal Johnson hereby demands a trial by jury.

Dated:  March 7, 2017

Brian Kenney
bkenney@kenneymccafferty.com
KENNEY & MCCAFERTY, P.C.
1787 Sentry Parkway West
Building 18, Suite 410
Blue Bell, PA 19422
Tel:  (215) 367-4333

Stephen Hasegawa
shasegawa@phillipsandcohen.com
PHILLIPS & COHEN LLP
100 The Embarcadero, Suite 300
San Francisco, CA 94105
Tel:  (415) 836-9000
Fax:  (415) 836-9001
(*Pro Hac Vice* Motion to be Filed)

David Jochnowitz
djochnowitz@phillipsandcohen.com
PHILLIPS & COHEN LLP
2000 Massachusetts Avenue, NW
Washington, DC 20036
Tel: (202) 833-4567
Fax: (202) 833-1815
(*Pro Hac Vice* Motion to be Filed)

Attorneys for Relator CRYSTAL
JOHNSON

{00073822; 1 }                    COMPLAINT

# EXHIBIT "A"

PAPERLESS

CUSTOMS TEAM:075
Form approved OMB No 1651-0022

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

## ENTRY SUMMARY

| 1. Filer Code/Entry No. | 2. Entry Type | 3. Summary Date |
|---|---|---|
| EH3-1672986-0 | 01 ABI/A | 09/16/2016 |
| 4. Surety No. | 5. Bond Type | 6. Port Code | 7. Entry Date |
| 269 | 8 | 5301 | 09/03/2016 |

| 8. Importing Carrier | 9. Mode of Transport |
|---|---|
| PRIMAVERA | 11 |

| 10. Country of Origin | 11. Import Date |
|---|---|
| CN | 09/03/2016 |

| 12. B/L or AWB No. | 13. Manufacturer ID |
|---|---|
| ZIMUSNH3273327 | CNJIAWUJJIA |

| 14. Exporting Country | 15. Export Date |
|---|---|
| CN | 07/28/2016 |

| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs |
|---|---|---|

| 19. Foreign Port of Lading | 20. U.S. Port of Unlading |
|---|---|
| 57035 | 5301 |

| 21. Location of Goods/G.O. No. | 22. Consignee No. |
|---|---|
| 5787 - PORT OF HOUSTON.. | SAME |

| 23. Importer No. | 24. Reference No. |
|---|---|
| 23-2226754B0 | |

25. Ultimate Consignee Name and Address

26. Importer of Record Name and Address

LINDE ENGINEERING NORTH AMERICA INC
5 SENTRY PARKWAY EAST

| City | State | Zip |
|---|---|---|
| | | |
| City BLUE BELL | State PA | Zip 19422 |

| 27. Line No. | 28. Description of Merchandise | | | 32. | 33. | 34. |
|---|---|---|---|---|---|---|
| | 28. A. HTSUS No. B. ADA/CVD Case No. | 30. A. Gross Weight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | A. Entered Value B. Charges C. Relationship | A. HTSUS Rate B. ADA/CVD Rate C.IRC Rate D. Visa No. | Duty and I.R. Tax Dollars    Cents |
| B/L: | ZIMUSNH3273327 | 86 PKG | H:WWLLWSHA6080023 | | | |
| 001 | TUBES,STAIN STL,N/BOIL,>=1 7304.41.6045 | 92582 | 104310 KG | 848312 C21539 N | FREE | 0.00 |
| | Merchandise Processing Fee Harbor Maintenance Fee | | | | 0.3464% 0.1250% | 2938.55 1060.39 |
| 002 | PIPE FIT,STAINLESS,N/NIPLS 7307.29.0090 | 36367 | 15067 KG | 333228 C8461 N | 5.00% | 16661.40 |

| Other Fee Summary for Block 39 | |
|---|---|
| (499) MPF | 485.80 |
| (501) HMF | 1476.93 |

### 35. Total Entered Value
$ 1,181,540

Total Other Fees
$ 1961.93

| CBP USE ONLY | |
|---|---|
| A. LIQ CODE | B. Ascertained Duty |
| REASON CODE | C. Ascertained Tax |
| | D. Ascertained Other |
| | E. Ascertained Total |

### TOTALS

| 37. Duty | 16661.40 |
|---|---|
| 38. Tax | 0.00 |
| 39. Other | 1961.93 |
| 40. Total | 18623.33 |

## 36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT

I declared that I am the [ ] Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, OR [X] owner or purchaser, or agent thereof. I further declare that the merchandise [X] was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, OR [ ] was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. DECLARANT NAME | TITLE | SIGNATURE | DATE |
|---|---|---|---|
| ANA LINK, LTD | Attorney In Fact | DANIEL KIM | 09/06/2016 |

| 42. Broker/Filer Information (Name, address, phone number) | 43. Broker/Importer File No. |
|---|---|
| ANA LINK, LTD 217-22 NORTHERN BLVD S#202 BAYSIDE, NY 11361 (TEL) 347-426-0200 | 1672986 |
| | 09/16/2016 BRO |

CBP Form 7501 (06/09)

REL00001

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

**ENTRY SUMMARY CONTINUATION SHEET**

1. Filer Code/Entry No.

EH3-1672986B

PAGE : 2

| 27. Line No. | 28. Description of Merchandise | | 31. Net Quantity in HTSUS Units | 32. A. Entered Value B. Charges C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C.IRC Rate D. Visa No. | 34. Duty and I.R. Tax | |
|---|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. ADA/CVD Case No. | 30. A. Gross Weight B. Manifest Qty. | | | | Dollars | Cents |
| | Merchandise Processing Fee Harbor Maintenance Fee | | | | 0.3464% 0.1250% | 1154.30 416.54 | |
| [INVOICE NO.] WUJIN16071401 | | | [INVOICE VALUE] 1181539.76 | | | [ENTERED VALUE] 1181540.00 | |

**CBP Form 7501 (06/09)**

REL00002

# EXHIBIT "B"

 **WUJIN**    JIANGSU WUJIN STAINLESS STEEL PIPE GROUP CO.,LTD.

ZHENGLU TOWN,WUJIN  CHANGZHOU JIANGSU,CHINA  TEL 0519-88031050

## COMMERICAL INVOICE

TO: LINDE ENGINEERING NORTH AMERICA INC
    Attn: Accounts Payable Dept
    5 SENTRY PARKWAY EAST
    BLUE BELL, PA 19422
    TEL +16100326716

INVOICE NO  WUJIN16071401

| FROM SHANGHAI PORT,CHINA | | | | | | | TO | HOUSTON, USA |
|---|---|---|---|---|---|---|---|---|

DESCRIPTION OF GOODS AND/OR SERVICES:
SEAMLESS STAINLESS STEEL PIPE

| SHIPPING MARK | GRADE&STANDARD | O.D. (INCH) | W.T. (SCH) | LENGTH(MM) | QUANTITY (PCS) | TOTAL LENGTH (MTR) | US $/M | TOTAL AMOUNT (USD) |
|---|---|---|---|---|---|---|---|---|
| N/M | ASTM A312 TP321H | 1/2' | SCH-160 | 7000mm | 1 | 7 | $15.00 | $105.00 |
| N/M | ASTM A312 TP321H | 1" | SCH 160 | 4572mm | 1 | 4.572 | $30.00 | $137.15 |
| N/M | ASTM A312 TP321H | 6" | SCH-60S | 11600-12000 | 30 | 350 | $289.00 | $101,150.00 |
| N/M | ASTM A312 TP321H | 12" | SCH-60 | 6096mm | 56 | 341.376 | $850.00 | $290,162.60 |
| N/M | ASTM A312 TP321H | 16" | SCH 60 | 11600-12000 | 27 | 315 | $1,450.00 | $456,750.00 |
| | | | SUB-TOTAL | | | | | $848,311.76 |

DESCRIPTION OF GOODS AND/OR SERVICES:
STAINLESS STEEL FITTINGS AND FLANGES

| SHIPPING MARK | GRADE&STANDARD | SIZE | LENGTH(MM) | QUANTITY (PCS) | TOTAL LENGTH (MTR) | US $/PC | TOTAL AMOUNT (USD) |
|---|---|---|---|---|---|---|---|
| N/M | CAPB.S.321H.60-. NPS12 | 12"*SCH0# | | 42 | | $485.00 | $20,370.00 |
| N/M | CAPB.S.321H.60-. NPS16 | 16"*SCH60 | | 14 | | $690.00 | $9,660.00 |
| N/M | ELB.BW.321H, 90DEG,LR.40S,NPS6 | 6"*SCH60S | | 70 | | $190.00 | $13,300.00 |
| N/M | ELB.BW.321H, 90DEG,LR.60,NPS16 | 16"*SCH60 | | 28 | | $2,900.00 | $81,200.00 |
| N/M | REEB.321H.60/60,NPS16*12 | 16"-12"*SCH60*SCH60 | | 28 | | $1,200.00 | $33,600.00 |
| N/M | TEEB.321H.60,NPS16 | 16 "*SCH60 | | 14 | | $2,875.00 | $40,250.00 |
| N/M | TERB.321H.STB.60-. NPS16*12 | 16"-12"*SCH60*SCH60 | | 14 | | $2,875.00 | $40,250.00 |
| N/M | FLBL.GR.F321H.RF.CL600. NPS1/2 | 1/2"-600 | | 238 | | $12.00 | $2,856.00 |
| N/M | FLBL.GR.F321H.RF.CL600. NPS1 | 1"-600 | | 28 | | $20.00 | $560.00 |
| N/M | FLBL.GR.F321H.RF.CL600. NPS1 1/2 | 1 1/2"-600 | | 14 | | $35.00 | $490.00 |
| N/M | FLLJ.F321H.CL600,NPS1/2 | 1/2"-600 | | 238 | | $14.00 | $3,332.00 |
| N/M | FLLJ.F321H.CL600,NPS1 1/2 | 1 1/2"-600 | | 14 | | $40.00 | $560.00 |
| N/M | FLWN.F321H,CL600,160,NPS1/2 | 1/2"-600*SCH160 | | 238 | | $15.00 | $3,570.00 |
| N/M | FLWN.F321H,CL600,160,NPS1 | 1"-600*SCH160 | | 28 | | $20.00 | $560.00 |
| N/M | BFBR.F321H.STAB,60/60S,NPS16*6 | 16"-6"*SCH60*SCH60S | | 70 | | $499.00 | $34,930.00 |
| N/M | DPBR.F321H.STAB,60/60S NPS12*4 | 12"-4"*SCH60*SCH40S | | 224 | | $180.00 | $40,320.00 |
| N/M | BFBR.F321H.STAB,60/60S,NPS12*1 | 12"-1"*SCH60*SCH160 | | 28 | | $35.00 | $980.00 |
| N/M | BFBR.F321H.STAB,60/60S,NPS.6*1/2 | 16"-1/2"*SCH60*SCH160 | | 14 | | $20.00 | $280.00 |
| N/M | BFF.321H.STB.40S,60/60K,NPS16-16. NPS1 | 16"-1 1/2"*600*SCH160 | | 14 | | $200.00 | $2,800.00 |
| N/M | REC DW.321H.STB.60.160. NPS1*1/2 | 1*1/2"-SCH160*SCH160 | | 224 | | $15.00 | $3,360.00 |
| | | SUB-TOTAL | | | | | $333,226.00 |
| | | GRAND-TOTAL | | | | | $1,181,538.76 |

Bank:China Construction Bank,Jiangsu Changzhou Branch
SWIFT PCBCCNBJJSC
Company:Jiangsu Wujin Stainless Steel Pipe Group Co.,Ltd
Account No.320140780002229999996

SAY. US DOLLARS. ONE MILLION ONE HUNDRED EIGHTY ONE THOUSAND FIVE HUNDRED THIRTY NINE AND CENTS SEVENTY SIX ONLY

REL00003

 JIANGSU WUJIN STAINLESS STEEL PIPE GROUP CO.,LTD.

ZHENGLU TOWN EASTERN SURBURB OF CHANGZHOU, JIANGSU, CHINA

## PACKING LIST

TO  LINDE ENGINEERING NORTH AMERICA INC
Attn: Accounts Parable Dept.
5 SENTRY PARKWAY EAST
BLUE BELL, PA 19422
TEL  +15106844047

INVOICE NO: WAJIN I6071401

| FROM | SHANGHAI PORT, CHINA | | | | | | TO | HOUSTON, USA | |

**DESCRIPTION OF GOODS AND/OR SERVICES:**
SEAMLESS STAINLESS STEEL PIPE

| SHIPPING MARK | GRADE&STANDARD | O.D. (INCH) | W.T. (SCH) | LENGT(MM) | QUANTITY (PCS) | TOTAL LENGTH (MTR) | NET WEIGHT (KG) | GROSS WEIGHT (KG) |
|---|---|---|---|---|---|---|---|---|
| N/M | ASTM A312 TP321H | 1/2" | SCH 160 | 7600mm | 1 | 7 | 14 | 16 |
| N/M | ASTM A312 TP321H | 1" | SCH-160 | 4572mm | 1 | 4.572 | 20 | 22 |
| N/M | ASTM A312 TP321H | 6" | SCH-80S | 11800-12000 | 30 | 350 | 15344 | 15590 |
| N/M | ASTM A312 TP321H | 12" | SCH-60 | 6096mm | 50 | 341.376 | 37556 | 38258 |
| N/M | ASTM A312 TP321H | 16" | SCH-60 | 11800-12000 | 27 | 315 | 51376 | 52726 |
| | | | | SUB-TOTAL | | | 104310 | 106610 |

**DESCRIPTION OF GOODS AND/OR SERVICES:**
FITTINGS AND FORGINGS

| SHIPPING MARK | GRADE&STANDARD | SIZE | LENGT(MM) | QUANTITY (PCS) | TOTAL LENGTH (MTN) | NET WEIGHT (KG) | GROSS WEIGHT (KG) |
|---|---|---|---|---|---|---|---|
| N/M | CAP,S.321H,60,.NPS12 | 12"*SCH60 | | 42 | | 960.0 | 1060.0 |
| N/M | CAP,S.321H,60,.NPS16 | 16"*SCH60 | | 14 | | 525.0 | 565.0 |
| N/M | ELB.BW,321H.90DEG,LR.80S NPS6 | 6"*SCH80S | | 70 | | 1225.0 | 1265.0 |
| N/M | ELB.BW,321H.90DEG,LR.60,NPS16 | 16"*SCH60 | | 28 | | 4760.0 | 5040.0 |
| N/M | REED,321H,60,60,NPS16*12 | 16"*12"*SCH60*SCH60 | | 28 | | 2000.0 | 2170.0 |
| N/M | TEBB,321H,60,NPS16 | 16"*SCH60 | | 14 | | 1925.0 | 1995.0 |
| N/M | TEBD,321H.STB,60,.NPS16*16 | 16"*12"*SCH60*SCH60 | | 14 | | 1785.0 | 1855.0 |
| N/M | FLBL.GR.F321H,RF,CL600,.NPS1/2 | 1/2"-600 | | 238 | | 200.0 | 205.0 |
| N/M | FLBL.GR,F321H,RF,CL600,.NPS1 | 1"-600 | | 28 | | 40.0 | 40.0 |
| N/M | FLBL.GR,F321H,RF,CL600,.NPS11/2 | 1-1/2"-600 | | 14 | | 35.0 | 40.0 |
| N/M | FLLJ.F321H,CL600,NPS1/2 | 1/2"-600 | | 238 | | 200.0 | 205.0 |
| N/M | FLLJ.F321H,CL600,NPS11/2 | 1-1/2"-660 | | 14 | | 35.0 | 35.0 |
| N/M | FLWN.F321H,CL600,60,NPS1/2 | 1/2"-600*SCH160 | | 238 | | 200.0 | 208.0 |
| N/M | FLWN,F321H,CL600,60,NPS1 | 1"-600*SCH160 | | 28 | | 40.0 | 40.0 |
| N/M | BPBB,F321H,STAB,60*60S,NPS16*6 | 16"*SCH60*SCH80S | | 70 | | 294.0 | 314.0 |
| N/M | BPBB,F321H,STAB,60*60S,NPS12*1 | 12"-4"*SCH60-SCH80S | | 224 | | 850.0 | 870.0 |
| N/M | BPBB,F321H,STAB,60*60,NPS12*1 | 12"*1"*SCH160*SCH160 | | 28 | | 8.0 | 13.0 |
| N/M | BPBB,F321H,STAB,60*60,NPS16*1/2 | 16"-1/2"*SCH60*SCH60 | | 14 | | 5.0 | 10.0 |
| N/M | BP,F321H,STB,60S,60,TR,NPS16-1/, 18S1 1/2 | 16"-1 1/2"*60S*SCH60 | | 14 | | 25.0 | 60.0 |
| N/M | REC.BW, F321H,STB,16G, NPS1*1/2 | 1"-1/2"*SCH160*SCH160 | | 224 | | 55.0 | 60.0 |
| | | | SUB TOTAL | | | 15097.0 | 15867.0 |
| | | | GRAND TOTAL | | | 119397.0 | 122477.0 |

OF HOUSTON,USA

SAY: EIGHTY SIX (86) WOODEN'S TOTAL

REL00004

ORIGINAL

| 1. Exporter<br>JIANGSU WUJIN STAINLESS STEEL PIPE GROUP CO.,LTD.<br>ZHENGLU TOWN ,CHANGZHOU, JIANGSU,CHINA 213111<br>TEL: +86-519-85389373 FAX: +86-519-88737410 | CERTIFICATE OF ORIGIN<br>OF<br>THE PEOPLE' S REPUBLIC OF CHINA |
|---|---|
| 2. Consignee<br>LINDE ENGINEERING NORTH AMERICA INC<br>ATTN: ACCOUNTS PAYABLE DEPT.<br>ADD: 5 SENTRY PARKWAY EAST BLUE BELL, PA 19422 USA<br>TEL : +1.610.832.8716 | |
| 3. Means of transport and route<br>FROM SHANGHAI PORT TO HOUSTON PORT BY SEA | 5. For certifying authority use only |
| 4. Country / region of destination<br>UNITED STATES | |

| 6. Marks and numbers | 7. Number and kind of packages;description of goods | 8. H S Code | 9.Quantity | 10. Number and date of invoices |
|---|---|---|---|---|
| N/M<br>N/M | FORTY FIVE (45) CASES OF SEAMLESS STAINLESS STEEL PIPES | 7304419000 | G.WEIGHT 112306KGS<br>N.WEIGHT 104310KGS | WUJIN1807140 1<br>JUL.14,2016 |
| | FORTY ONE (41) CASES OF STAINLESS STEEL FITTINGS AND FLANGES | 7307290000 | G.WEIGHT 16643KGS<br>N.WEIGHT 15067KGS | |
| | ************************* | | | |

| 11. Declaration by the exporter<br>The undersigned hereby declares that the above details and statements are correct,that all the goods were produced in China and that they comply with the Rules of Origin of the People's Republic of China | 12.Certification<br>It is hereby certified that the declaration by the export is correct |
|---|---|

REL00005

# EXHIBIT "C"

PAPERLESS

CUSTOMS TEAM: 075
Form approved OMB No 1651-0022

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Customs and Border Protection**

**ENTRY SUMMARY**

| 1. Filer Code/Entry No. EH3-1673214-6 | 2. Entry Type 01 AB1/A | 3. Summary Date 09/13/2016 |
|---|---|---|
| 4. Surety No. 269 | 5. Bond Type 8 | 6. Port Code 5301 | 7. Entry Date 08/30/2016 |

| 8. Importing Carrier COSCO PIRAEUS | 9. Mode of Transport 11 | 10. Country of Origin CN | 11. Import Date 08/31/2016 |
|---|---|---|---|
| 12. B/L or AWB No. HJSCSHSB51536500 | 13. Manufacturer ID CNJIAWUJJIA | 14. Exporting Country CN | 15. Export Date 08/01/2016 |
| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading 57035 | 20. U.S. Port of Unlading 5301 |
| 21. Location of Goods/G.O. No. S787 - PORT OF HOUSTON | 22. Consignee No. SAME | 23. Importer No. 23-222675400 | 24. Reference No. |

25. Ultimate Consignee Name and Address

26. Importer of Record Name and Address
LINDE ENGINEERING NORTH AMERICA INC
5 SENTRY PARKWAY EAST

| City | State | Zip | City BLUE BELL | State PA | Zip 19422 |
|---|---|---|---|---|---|

| 27. Line No. | 28. Description of Merchandise / 29. A. HTSUS No. B. ADA/CVD Case No. | 30. A. Gross Weight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | 32. A. Entered Value B. Charges C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| B/L: | HJSCSHSB51536500 | 74 PKG | H: WWLLWSHA6080033 | | | | |
| 001 | TUBES, STAIN STL, N/BOIL, >=1 7304.41.6045 | 38884 | 36455 KG | 275068 C12559 N | FREE | 0.00 | |
| | Merchandise Processing Fee Harbor Maintenance Fee | | | | 0.3464% 0.1250% | 952.84 343.84 | |
| 002 | PIPE FIT, STAINLESS, N/NIPLS 7307.29.0090 | 26136 | 20330 KG | 184884 C8441 N | 5.00% | 9244.20 | |

| Other Fee Summary for Block 39 (499)MPF 485.00 (501)HMF 574.95 | 35. Total Entered Value $ 459,952 Total Other Fees $ 1059.95 | CBP USE ONLY A. LIQ CODE REASON CODE | B. Ascertained Duty C. Ascertained Tax D. Ascertained Other E. Ascertained Total | TOTALS 37. Duty 9244.20 38. Tax 0.00 39. Other 1059.95 40. Total 10304.15 |
|---|---|---|---|---|

**36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT**

I declared that I am the ☐ Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, OR ☒ owner or purchaser, or agent thereof. I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. DECLARANT NAME ANA LINK, LTD | TITLE Attorney In Fact | SIGNATURE DANIEL KIM | DATE 08/30/2016 |
|---|---|---|---|
| 42. Broker/Filer Information (Name, address, phone number) ANA LINK, LTD 217-22 NORTHERN BLVD S#202 BAYSIDE, NY 11361 (TEL)347-426-0200 | | 43. Broker/Importer File No. 1673214 | |
| | | 09/13/2016 BRO | CBP Form 7501 (06/09) |

REL00006

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

**ENTRY SUMMARY CONTINUATION**

Entry Code/Entry No.

EH3-16732146

PAGE : 2

| 27. Line No. | 28. Description of Mechandise | | | 32. | 33. | 34. Duty and I.R. Tax | |
|---|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. ADA/CVD Case No. | 30. A. Gross Weight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | A. Entered Value B. Charges C. Relationship | A. HTSUS Rate B. ADA/CVD Rate C.IRC Rate D. Visa No. | Dollars | Cents |
| | Merchandise Processing Fee Harbor Maintenance Fee | | | | 0.3464% 0.1250% | 640.44 231.11 | |
| | [INVOICE NO.] WUJIN16072601 | | [INVOICE VALUE] 459952.03 | | | [ENTERED VALUE] 459952.00 | |

CBP Form 7501 (06/09)

REL00007

# EXHIBIT "D"

**WUJIN**

### JIANGSU WUJIN STAINLESS STEEL PIPE GROUP CO.,LTD.

ZHENGLU TOWN,WUJIN,CHANGZHOU JIANGSU,CHINA  TEL:0519-88931059

## COMMERICAL INVOICE

TO : LINDE ENGINEERING NORTH AMERICA INC
Attn: Accounts Payable Dept
5 SENTRY PARKWAY EAST
BLUE BELL, PA 19422
TPI : +16105326716

INVOICE NO.:WUJIN16072001

| FROM:SHANGHAI PORT,CHINA | | | | | | | TO : HOUSTON, USA | |
|---|---|---|---|---|---|---|---|---|

DESCRIPTION OF GOODS AND/OR SERVICES:
SEAMLESS STAINLESS STEEL PIPE

| SHIPPING MARK | GRADE&STANDARD | O.D. (INCH) | W.T. (SCH) | LENGTH(MM) | QUANTITY (PCS) | TOTAL LENGTH (MTR) | US t/M | TOTAL AMOUNT (USD) |
|---|---|---|---|---|---|---|---|---|
| N/M | ASTM A312 TP304 | 2" | SCH-10S | 6000-7000 | 156 | 1030.08 | $22.00 | $22,661.76 |
| N/M | ASTM A312 TP304 | 4" | SCH-10S | 11600-12000 | 120 | 1416.41 | $47.00 | $66,665.27 |
| N/M | ASTM A312 TP304 | 10" | SCH-10S | 11600-12000 | 30 | 288.14 | $259.00 | $97,033.60 |
| N/M | ASTM A312 TP304 | 12" | SCH-10S | 11600-12000 | 22 | 260.6 | $340.00 | $36,525.00 |
| | | | SUB-TOTAL | | | | | $275,005.02 |

DESCRIPTION OF GOODS AND/OR SERVICES:
STAINLESS STEEL FITTINGS

| SHIPPING MARK | GRADE&STANDARD | SIZE | LENGTH(MM) | QUANTITY (PCS) | TOTAL LENGTH (MTR) | US $/PC | TOTAL AMOUNT (USD) |
|---|---|---|---|---|---|---|---|
| N/M | ELB BW,304,45DEG,LR,10S,NPS4 | 45ELL,DN100-Sch10S | | 168 | | $20.00 | $3,360.00 |
| N/M | ELB BW,304,45DEG,LR,10S,NPS12 | 45ELL,DN300C-Sch10S | | 38 | | $299.00 | $8,372.00 |
| N/M | ELB BW,304,90DEG,LR,10S,NPS3 | 90ELL,DN15-Sch10 | | 168 | | $2.00 | $336.00 |
| N/M | ELB BW,304,90DEG,LR,10S,NPS2 | 90ELL,DN10-S,Sch10S | | 840 | | $6.50 | $5,460.00 |
| N/M | ELB BW,304,90DEG,LR,10S,NPS4 | 90ELL,DN100-Sch10S | | 476 | | $25.00 | $11,900.00 |
| N/M | ELB BW,304,90DEG,LR,10S,NPS10 | 90ELL,DN250-Sch10S | | 14 | | $369.00 | $5,166.00 |
| N/M | ELB BW,304,90DEG,LR,10S,NPS12 | 90ELL,DN300-Sch10S | | 42 | | $599.00 | $25,158.00 |
| N/M | REC BW,304,10S,NPS2X1.5 | R(C)DN50×40-Sch10S | | 112 | | $5.00 | $560.00 |
| N/M | REC BW,304,10S,NPS4X2 | R(C)DN100×50-Sch10S | | 224 | | $15.00 | $3,360.00 |
| N/M | TEE EQ BW,304,10S,NPS4 | T4S,DN100-10S | | 336 | | $36.00 | $12,096.00 |
| N/M | TEE EQ BW,304,10S,NPS12 | T(E)DN300-Sch10S | | 14 | | $799.00 | $11,186.00 |
| N/M | TEE RED BW,304,10S,NPS4X2 | T(R)DN100×50 Sch10S | | 336 | | $36.00 | $12,096.00 |
| N/M | TEE RED BW,LR,304,10S,NPS10X4 | T(R)DN250×100-Sch10S | | 56 | | $499.00 | $27,944.00 |
| N/M | FLG BLIND FS4R,RF,CL150,NPS0.75 | BL,20-150RF | | 7 | | $6.00 | $42.00 |
| N/M | FLG BLIND,F304,RF,CL150,NPS3 | BL,15-150RF | | 245 | | $6.00 | $1,470.00 |
| N/M | FLG BLIND F304,RF,CL150,NPS4 | BL,100-150RF | | 168 | | $36.00 | $6,048.00 |
| N/M | FLG BLIND F304,RF,CL150,NPS10 | BL,250-150RF | | 14 | | $165.00 | $2,310.00 |
| N/M | FLG PIPE WN,F304,CL150,10S,NPS1.5 | WN40-150RF,Sch10S | | 112 | | $11.00 | $1,232.00 |
| N/M | FLG PIPE WN,F304,CL150,10S,NPS2 | WN50-150RF-10S | | 495 | | $16.00 | $8,190.00 |
| N/M | FLG PIPE WN,F304,CL150,10S,NPS4 | WN100-150RF,Sch10S | | 504 | | $40.00 | $20,160.00 |
| N/M | FLG PIPE WN,F304,CL150,10S,NPS10 | WN250-150RF,Sch10S | | 42 | | $150.00 | $6,300.00 |
| N/M | FLG PIPE WN,F304,CL150,10S,NPS12 | WN300-150RF,Sch10S | | 7 | | $230.00 | $1,610.00 |
| N/M | FLG PIPE WN,F304,CL150,10S,NPS0.5 | WN15-150RF,Sch10S | | 168 | | $6.00 | $1,008.00 |
| N/M | ELB BW,304,45DEG,LR,10S,NPS12 | 45ELL,DN300-Sch10S | | 53 | | $6.00 | $318.00 |
| N/M | REC BW,304,10S,NPS4X3 | R(C)DN100×80-10S | | 117 | | $15.00 | $1,890.00 |
| N/M | TEE BW,304,10S,NPS12X10 | T(R)DN300×250-Sch10S | | 14 | | $199.00 | $2,786.00 |
| N/M | FLG PIPE WN,F304,CL150,10S,NPS3 | WN80-150RF,Sch10S | | 112 | | $35.00 | $4,250.00 |
| | | SUB-TOTAL | | | | | $184,984.00 |
| | | GRAND TOTAL | | | | | $459,133.03 |

Bank Name: China Citic Bank,Jiangsu Changzhou Branch
SWIFT:CIBCKCNBJ00C
Company:Jiangsu Wujin Stainless Steel Pipe Group Co.,Ltd
Account No:3201401000722630099996

SAY : US DOLLARS  FOUR HUNDRED FIFTY NINE THOUSAND ONE HUNDRED THIRTY TWO AND CENTS THREE ONLY.

# Wujin

## JIANGSU WUJIN STAINLESS STEEL PIPE GROUP CO.,LTD.

ZHENGLU TOWN,EASTERN SURBURB OF CHANGZHOU, JIANGSU,CHINA

### PACKING LIST

TO: LINDE ENGINEERING NORTH AMERICA INC
Attn: Accounts Payable Dept
5 SENTRY PARKWAY EAST
BLUE BELL, PA 19422
TEL: +15106844047

INVOICE NO :WUJIN16072601

| FROM SHANGHAI PORT,CHINA | | | | | | | TO | HOUSTON, USA |

DESCRIPTION OF GOODS AND/OR SERVICES:
SEAMLESS STAINLESS STEEL PIPE

| SHIPPING MARK | GRADE&STANDARD | O.D. (INCH) | W.T. (SCH) | LENGT(MM) | QUANTITY (PCS) | TOTAL LENGTH (MTR) | NET WEIGHT (KG) | GROSS WEIGHT (KG) |
|---|---|---|---|---|---|---|---|---|
| N/M | ASTM A312 TP304 | 2" | SCH-10S | 6000-7000 | 168 | 1030.08 | 4069 | 4189 |
| N/M | ASTM A312 TP304 | 4" | SCH-10S | 11600-12000 | 120 | 1418.41 | 11090 | 12239 |
| N/M | ASTM A312 TP304 | 10" | SCH-10S | 11600-12000 | 33 | 386.16 | 10893.46 | 11318.46 |
| N/M | ASTM A312 TP304 | 12" | SCH-10S | 11600-12000 | 22 | 260.9 | 9484 | 9759 |
| | SUB-TOTAL | | | | | | 36465.46 | 37505.46 |

DESCRIPTION OF GOODS AND/OR SERVICES:
STAINLESS STEEL FITTINGS

| SHIPPING MARK | GRADE&STANDARD | SIZE | LENGT(MM) | QUANTITY (PCS) | TOTAL LENGTH (MTR) | NET WEIGHT (KG) | GROSS WEIGHT (KG) |
|---|---|---|---|---|---|---|---|
| N/M | ELB BW,304,45DEG,LR,10S,NPS4 | 45EL(L)DN100-Sch10S | | 108 | | 205.0 | 225.0 |
| N/M | ELB BW,304,45DEG,LR,10S,NPS12 | 45EL(L)DN300-Sch10S | | 28 | | 616.0 | 701.0 |
| N/M | ELB BW,304,90DEG,LR,40S,NPS0.5 | 90EL(L)DN15-Sch40 | | 168 | | 177.0 | 197.0 |
| N/M | ELB BW,304,90DEG,LR,10S,NPS2 | 90EL(L)DN50-Sch10S | | 640 | | 505.0 | 525.0 |
| N/M | ELB BW,304,90DEG,LR,10S,NPS4 | 90EL(L)DN100-Sch10S | | 476 | | 1195.0 | 1280.0 |
| N/M | ELB BW,304,90DEG,LR,10S,NPS10 | 90EL(L)DN250-Sch10S | | 14 | | 270.0 | 290.0 |
| N/M | ELB BW,304,90DEG,LR,10S,NPS12 | 90EL(L)DN300-Sch10S | | 42 | | 1680.0 | 1890.0 |
| N/M | RFC BW 304,10S,NPS2X1.5 | R(C)DN50×40-Sch10S | | 112 | | 85.0 | 95.0 |
| N/M | RFC BW,304,10S,NPS4X3 | R(C)DN100×80-Sch10S | | 224 | | 255.0 | 285.0 |
| N/M | TEE EQ BW,304,10S,NPS4 | T(R)DN100-Sch10S | | 336 | | 1277.0 | 1327.0 |
| N/M | TEE EQ BW,304,10S,NPS12 | T(E)DN300-Sch10S | | 14 | | 890.0 | 670.0 |
| N/M | TEE RED BW,GR,304,10S,NPS4X2 | T(R)DN100-50-Sch10S | | 336 | | 1360.0 | 1410.0 |
| N/M | TEE RED BW,GR,304,10S,NPS10X4 | T(R)DN250-100 Sch10S | | 56 | | 700.0 | 800.0 |
| N/M | FLG BLIND,F304,RF,CL150,NPS0.75 | BL20-150RF | | 7 | | 34.0 | 35.0 |
| N/M | FLG BLIND,F304,RF,CL150,NPS1 | BL25-150RF | | 245 | | 1178.0 | 1183.0 |
| N/M | FLG BLIND,F304,RF,CL150,NPS4 | BL100-150RF | | 168 | | 808.0 | 813.0 |
| N/M | FLG BLIND,F304,RF,CL150,NPS10 | BL250-150RF | | 14 | | 67.0 | 72.0 |
| N/M | FLG PIPE WN,F304,CL150,10S,NPS1.5 | WN40-150RFSch10S | | 112 | | 200.0 | 210.0 |
| N/M | FLG PIPE WN,F304,CL150,10S,NPS2 | WN50-150RFSch10S | | 455 | | 1327.0 | 1347.0 |
| N/M | FLG PIPE WN,F304,CL150,10S,NPS4 | WN100-150RFSch10S | | 504 | | 5600.0 | 5670.0 |
| N/M | FLG PIPE WN,F304,CL150,10S,NPS10 | WN250-150RFSch10S | | 42 | | 945.0 | 1025.0 |
| N/M | FLG PIPE WN,F304,CL150,10S,NPS12 | WN300-150RFSch10S | | 7 | | 280.0 | 300.0 |
| N/M | FLG PIPE WN,F304,CL150,10S,NPS0.5 | WN15-150RFSch10S | | 186 | | 122.0 | 132.0 |
| N/M | ELB BW,304,45DEG,LR,10S,NPS2 | 45EL(L)DN50-Sch10S | | 63 | | 46.0 | 51.0 |
| N/M | RFC BW, 304, 10S, NPS4X3 | R(C)DN100×80-Sch10S | | 112 | | 82.0 | 87.0 |
| N/M | ELB BW, 304, 10S, NPS12X10 | R(E)DN300-250 Sch10S | | 14 | | 126.0 | 206.0 |
| N/M | FLG PIPE WN,F304,CL150,10S,NPS2 | WN80-150RFSch10S | | 12 | | 560.0 | 680.0 |
| | SUB-TOTAL : | | | | | 20330.0 | 21300.0 |
| | GRAND-TOTAL : | | | | | 56795.46 | 58805.46 |

CIF HOUSTON USA

SAY SEVENTY FOUR (74) WOODEN CASES TOTAL

REL00009

ORIGINAL

| 1. Exporter
JIANGSU WUJIN STAINLESS STEEL PIPE GROUP CO.,LTD.
ZHENGLU TOWN ,CHANGZHOU, JIANGSU,CHINA 213111
TEL: +86-519-85389373 FAX: +86-519-88737410 | |
| 2. Consignee
LINDE ENGINEERING NORTH AMERICA INC
ATTN: ACCOUNTS PAYABLE DEPT.
ADD: 5 SENTRY PARKWAY EAST BLUE BELL, PA 19422 USA
TEL : +1.610.832.8716 | **CERTIFICATE OF ORIGIN**
**OF**
**THE PEOPLE' S REPUBLIC OF CHINA** |
| 3. Means of transport and route
FROM SHANGHAI PORT TO HOUSTON PORT BY SEA | 5. For certifying authority use only |
| 4. Country / region of destination
UNITED STATES | |

| 6. Marks and numbers | 7. Number and kind of packages;description of goods | 8. H S Code | 9.Quantity | 10. Number and date of invoices |
|---|---|---|---|---|
| N/M
N/M | TWENTY TWO (22) CASES OF SEAMLESS STAINLESS STEEL PIPES | 7304419000 | G.WEIGHT 42555KGS N.WEIGHT 36455.46KGS | WUJIN1607260 1 JUL.26,2016 |
| | FIFTY TWO (52) CASES OF STAINLESS STEEL FITTINGS AND FLANGES | 7307290000 | G.WEIGHT 22466KGS N.WEIGHT 20330KGS | |
| | ********************* | | | |

| 11. Declaration by the exporter
The undersigned hereby declares that the above details and statements are correct,that all the goods were produced in China and that they comply with the Rules of Origin of the People's Republic of China | 12 Certification
It is hereby certified that the declaration by the export is correct |
|---|---|

REL00010

# EXHIBIT "E"

THE LINDE GROUP 

Selas Linde North America 5 Sentry Parkway East BLUE BELL PA 19422

| | |
|---|---|
| Jiangsu Wujin<br>Steel Pipe group Co., Ltd.<br>attn. Ms. Celia Wang<br>Zhenglu Town<br>213111 CHANGZHOU-WUJIN DISTRICT<br>P.R. CHINA | **ORDER**         Date 21-SEP-2016<br>**Order number:**     **004 2RC4730 Sup. 005**<br>**Job number:**    K-04-7320A3N1 MONACA FURNACES |

| | |
|---|---|
| Your supplier number: 4001531<br>Supplier's reference no.: W1512034/ W1512035 | **Our contact<br>persons:** |
| **For delivery to:** | **Purchasing**   John Li /GPCF |
| | E-mail   john.li@linde.com |
| | Tel./Fax   +1 610 832 8716 / -834-0473 |
| Direct delivery - forwarding instructions to follow | **Engineering**   Nithin Thomas /FEPEC |
| | E-mail   nithin.thomas@linde.com |
| | Tel./Fax   +1 610 684 1291 / -834-0473 |
| | **Expediting**   Markus Dressler /GPCE |
| | E-mail   markus.dressler@linde.com |
| | **Documentation**   Ashley Kranz /FEPD |
| **Invoice address** | E-mail   ashley.kranz@linde.com |
| LINDE ENGINEERING | Tel./Fax   +1 (1) 610 832 8921 / -834-0473 |
| North America, Inc. | **Logistic**   Jae Yun Yoo /GPCF |
| Attn: Accounts Payable Dept. | E-mail   jae.yoo@linde.com |
| 6100 S YALE AVE STE 1200 | Tel./Fax   +1 610 832 8833 / -834-0473 |
| TULSA, OK 74136 | **Accounting control**   Jennifer Mason /FCAIV |
| USA | E-mail   jennifer.mason@linde.com |
| | Tel./Fax   +1 918 477 1293 / -477-1100 |

**Order overview (Details see following pages)**

**Subject of order**                      Interconnecting Piping Material - SS (304)

**Required Date**                           see items

| | |
|---|---|
| **Order value** | |
| Order value old | 459.952,02 USD |
| Order value Sup. 005 | 0,00 USD |
| Total order value new | 459.952,02 USD |

Page 1 / 50

Selas Linde North America
A Division of Linde Engineering North America Inc.
Five Sentry Pkwy. East, Suite 300
Blue Bell, Pennsylvania, 19422 USA
Phone: +1.610.834.0300 Fax: +1.610.834.0473
www.leamericas.com

REL00011

Jiangsu Wujin
213111 Changzhou

Order
Order number: 004 2RC4730 Sup. 005
Job number: K-04-7320A3N1 MONACA FURNACES

Date 21-SEP-2016

Distribution:
via SAP / SRM

T a b l e o f C o n t e n t s
================================

1) Order of priority for purchase order documents
2) Subject of order
3) Scope of supply and delivery dates
4) Contract schedule
5) Options
 5.1 - General
 5.2 - Transport
 5.3 - Capital spare parts and/ or spare parts for 2-years operation
 5.4 - Supervision services
 5.5 - Prices for additional steel structure (if applicable)
 5.6 - Nozzle price list for additional nozzles (if applicable)
6) Price inclusions
7) Price basis
8) Insurances
 8.1 - Third party insurance
 8.2 - Insurance for site activities
 8.3 - Transport insurance
9) Terms of payment
 9.1 - Installment payments
 9.2 - Guideline for wording of the bank guarantee
 9.3 - General payment conditions
 9.4 - Invoices / tax regulations
10) Procedure for submission of documents
 10.1 - Progress reporting
 10.2 - Supplier's declaration
 10.3 - Certificate of origin
 10.4 - Technical documentation
 10.5 - Penalized documentation for operating manuals and final documentation
 10.6 - Acceptance of documentation due dates
 10.7 - Inspection
11) Liquidated Damages
 11.1 - For documentation
 11.2 - For supply of subject of order
 11.3 - Aggregate penalties
12) Warranty period
13) Assignment

Jiangsu Wujin                    Order                           Date 21-SEP-2016
213111 Changzhou                 Order number:              004 2RC4730 Sup. 005
                                 Job number:        K-04-7320A3N1 MONACA FURNACES

---

```
14) Order confirmation
15) Export Controls
16) Special provisions
     16.1 - Price validity & delivery periods for quantity variations
            (if applicable)
     16.2 - Short & over deliveries (for pipes, cables etc.) (if
            applicable)
     16.3 - Special logistic instructions
     16.4 - Shipper's own container
     16.5 - Audit rights
17) Enclosures


For Delivery to:
================


Direct delivery - forwarding instructions to follow




                 C H A N G E    O R D E R    001

================================================================

This Change order is placed on the basis of the Main Order No. 004 2RC4730 to add the
following to the scope of supply:

Updated list of attachments for internal reference ONLY
(List of Attachment, Issue 4.0 was already received by vendor with main order award).

All other conditions of Main Order No. 004 2RC4730 Sup000 remain unchanged.


================================================================
                 C H A N G E    O R D E R    002

================================================================

This Change order is placed on the basis of the Main Order No. 004 2RC4730 Sup000 and
Sup001 to add the following to the scope of supply:

Delete the line item #32 from the original purchase order

All other conditions of Main Order No. 004 2RC4730 Sup000  remain unchanged.  REL00013
```

Jiangsu Wujin                     Order                                          Date 21-SEP-2016
213111 Changzhou                  Order number:                         004 2RC4730 Sup. 005
                                  Job number:              K-04-7320A3N1 MONACA FURNACES

===========================================================================

C H A N G E   O R D E R   003

===========================================================================

This Change order is placed on the basis of the Main Order No. 004 2RC4730 Sup000 and
Sup002 to adjust the following to the scope of supply:

Adjust shipping dates of item #20 through item #31 from June 29, 2015 to July 29th,
2016

All other conditions of Main Order No. 004 2RC4730 Sup000  remain unchanged.
===========================================================================

C H A N G E   O R D E R   004

===========================================================================

This Change order is placed on the basis of the Main Order No. 004 2RC4730 Sup000 and
Sup003 to adjust the following to the scope of supply:

Adjust shipping quantity of item #1 through item #4

All other conditions of Main Order No. 004 2RC4730 Sup000  remain unchanged.

===========================================================================

C H A N G E   O R D E R   005

===========================================================================

This Change order is placed on the basis of the Main Order No. 004 2RC4730 Sup000 and
Sup003 to adjust the following to the scope of supply:

Correct delivery terms to CIF Port of Houston

All other conditions of Main Order No. 004 2RC4730 Sup000  remain unchanged.

1) Order of priority for purchase order documents
===========================================================================

The contents of the purchase order shall apply in the
following order of precedence, especially in the case of
conflicting provisions:

· Wording of the purchase order letter

| Jiangsu Wujin<br>213111 Changzhou | Order<br>Order number:<br>Job number: | Date 21-SEP-2016<br>004 2RC4730 Sup. 005<br>K-04-7320A3N1 MONACA FURNACES |
|---|---|---|

- Commercial protocol number 004 2PA1410 Signed and Dated: 15-Sep-2015

- Linde Engineering North America Inc., Standard Purchase Order Terms
  and Conditions &AJ-A-BX-0105 (EN), Rev. 4

- Technical Protocol, Dated 02-DEC-2015

- List of attachments no.: &AJ R-GE 1010 (EN), Issue 4.0

- PACKING and TRANSPORT INSTRUCTIONS &AJ-K-BX 1002 (EN)

If, at any time, there appears to be an inconsistency between or among the above
mentioned documents, vendor shall immediately notify purchaser of such inconsistency
and purchaser shall thereupon issue an instruction as to which document shall
prevail.


2) Subject of order
====================

Interconnecting Piping Material - SS (304)

including engineering, design, procurement, material, manufacturing, accessories for
start-up and commissioning, acceptance test, inspection, documentation, packing and
transport costs for delivery all in accordance with the applicable list of
attachments,

for a 1500 KTA Ethylene Cracker, the Franklin project. The Franklin Project is a
stand-alone, worldscale Gas to Polyethylene project located on the bank of the Ohio
River in Monaca, PA outside of Pittsburgh. Linde is handling this project under the
name "Monaca".


3) Scope of supply
==================

Jiangsu Wujin
213111 Changzhou

| Order | Date 21-SEP-2016 |
|---|---|
| Order number: | 004 2RC4730 Sup. 005 |
| Job number: | K-04-7320A3N1 MONACA FURNACES |

| Item | Quantity | Description | | |
|---|---|---|---|---|
| 00001 | 1,030.058  M | PIPE MET,TP304,10S,NPS2 | 7304.41.6045 / Free | |

Product-ID: 7436030571
Certificate: EN typ.3.1

1. Seamless with no longitudinal or spiral (helical seam)
weld joints

According to List of attachments no.: &AJ R-GE 1010 (EN), Issue 3.0

| | Price / Unit | Total Price |
|---|---|---|
| **Item value** | 22.00 / M | **22,661.28 USD** |
| | | |
| | Previous item value | 22,661.28 USD |
| | Item value of this Sup. | 0.00 USD |
| | Total item value | 22,661.28 USD |

Date of delivery:
CIF Port of Houston

29-JUL-2016    - P -

| | |
|---|---|
| Jiangsu Wujin<br>213111 Changzhou | Order          Date 21-SEP-2016<br>Order number:          004 2RC4730 Sup. 005<br>Job number:    K-04-7320A3N1 MONACA FURNACES |

| Item | Quantity | Description | | |
|---|---|---|---|---|
| 00002 | 1,418.420 M | PIPE MET,TP304,10S,NPS4 | 7304.41.6045 / Free | |

Product-ID: 7436030731
Certificate: EN typ.3.1

1. Seamless with no longitudinal or spiral (helical seam)
weld joints

According to List of attachments no.: &AJ R-GE 1010 (EN), Issue 3.0

| | Price / Unit | Total Price |
|---|---|---|
| Item value | 47.00 / M | 66,665.74 USD |
| | | |
| Previous item value | | 66,665.74 USD |
| Item value of this Sup. | | 0.00 USD |
| Total item value | | 66,665.74 USD |

Date of delivery:
CIF Port of Houston

29-JUL-2016    - P -

REL00017

| Jiangsu Wujin | Order | | Date 21-SEP-2016 |
|---|---|---|---|
| 213111 Changzhou | Order number: | | 004 2RC4730 Sup. 005 |
| | Job number: | | K-04-7320A3N1 MONACA FURNACES |

| Item | Quantity | Description | | |
|---|---|---|---|---|
| 00003 | 388.140 M | PIPE MET,TP304,10S,NPS10 | 7304.41.6045 / Free | |

Product-ID: 7436031031
Certificate: EN typ.3.1

1. Seamless with no longitudinal or spiral (helical seam) weld joints

According to List of attachments no.: &AJ R-GE 1010 (EN), Issue 3.0

| | Price / Unit | Total Price |
|---|---|---|
| Item value | 250.00 / M | 97,035.00 USD |
| | Previous item value | 97,035.00 USD |
| | Item value of this Sup. | 0.00 USD |
| | Total item value | 97,035.00 USD |

Date of delivery:
CIF Port of Houston

29-JUL-2016    - P -

Jiangsu Wujin
213111 Changzhou

Order
Order number:
Job number:

Date 21-SEP-2016
004 2RC4730 Sup. 005
K-04-7320A3N1 MONACA FURNACES

| Item | Quantity | Description |
|------|----------|-------------|
| 00004 | 260.900 M | PIPE MET,TP304,10S,NPS12   7304.41.6045 / Free |

Product-ID: 7436031151
Certificate: EN typ.3.1

1. Seamless with no longitudinal or spiral (helical seam)
weld joints

According to List of attachments no.: &AJ R-GE 1010 (EN), Issue 3.0

|  | Price / Unit | Total Price |
|--|--------------|-------------|
| **Item value** | 340.00 / M | **88,706.00 USD** |

| | |
|--|--|
| Previous item value | 88,706.00 USD |
| Item value of this Sup. | 0.00 USD |
| Total item value | 88,706.00 USD |

Date of delivery:
CIF Port of Houston

29-JUL-2016    - P -

| Jiangsu Wujin<br>213111 Changzhou | Order<br>Order number:<br>Job number: | Date 21-SEP-2016<br>004 2RC4730 Sup. 005<br>K-04-7320A3N1 MONACA FURNACES |
|---|---|---|

| Item | Quantity | Description |
|---|---|---|
| 00005 | 168 EA | ELB BW,304,45DEG,LR,10S,NPS4   7307.29.0090 / 5% |

Product-ID: 7633386241
Certificate: EN typ.3.1

1. Seamless with no longitudinal or spiral (helical seam)
weld joints

According to List of attachments no.: &AJ R-GE 1010 (EN), Issue 3.0

| | Price / Unit | Total Price |
|---|---|---|
| **Item value** | 20.00 / EA | **3,360.00 USD** |
| Previous item value | | 3,360.00 USD |
| Item value of this Sup. | | 0.00 USD |
| Total item value | | 3,360.00 USD |

Date of delivery:
CIF Port of Houston

29-JUL-2016   - P -

| | | Order | | Date 21-SEP-2016 |
|---|---|---|---|---|
| Jiangsu Wujin | | | | 004 2RC4730 Sup. 005 |
| 213111 Changzhou | | Order number: | | K-04-7320A3N1 MONACA FURNACES |
| | | Job number: | | |

| Item | Quantity | Description |
|---|---|---|
| 00006 | 28  EA | ELB BW,304,45DEG,LR,10S,NPS12  7307.29.0090 / 5% |

Product-ID: 7633386831

Certificate: EN typ.3.1

1. Seamless with no longitudinal or spiral (helical seam)
weld joints

According to List of attachments no.: &AJ R-GE 1010 (EN), Issue 3.0

| | Price / Unit | Total Price |
|---|---|---|
| **Item value** | 299.00 / EA | **8,372.00 USD** |
| | Previous item value | 8,372.00 USD |
| | Item value of this Sup. | 0.00 USD |
| | Total item value | 8,372.00 USD |

Date of delivery:

CIF Port of Houston

29-JUL-2016   - P -

Jiangsu Wujin
213111 Changzhou

Order
Order number:
Job number:

Date 21-SEP-2016
004 2RC4730 Sup. 005
K-04-7320A3N1 MONACA FURNACES

| Item | Quantity | Description |
|------|----------|-------------|
| 00007 | 168 EA | ELB BW,304,90DEG,LR,40S,NPS0.5    7307.29.0090 / 5% |

Product-ID: 7633405361
Certificate: EN typ.3.1

1. Seamless with no longitudinal or spiral (helical seam)
weld joints

According to List of attachments no.: &AJ R-GE 1010 (EN), Issue 3.0

| Item value | Price / Unit | Total Price |
|------------|--------------|-------------|
| | 2.00 / EA | 336.00 USD |

| | |
|---|---|
| Previous item value | 336.00 USD |
| Item value of this Sup. | 0.00 USD |
| Total item value | 336.00 USD |

Date of delivery:
CIF Port of Houston

29-JUL-2016    - P -

REL00022

Jiangsu Wujin
213111 Changzhou

Order
Order number:
Job number:

Date 21-SEP-2016
004 2RC4730 Sup. 005
K-04-7320A3N1 MONACA FURNACES

| Item | Quantity | Description | |
|------|----------|-------------|---|
| 00008 | 840  EA | ELB BW,304,90DEG,LR,10S,NPS2 | 7307.29.0090 / 5% |

Product-ID: 7633405841
Certificate: EN typ.3.1

1. Seamless with no longitudinal or spiral (helical seam)
weld joints

According to List of attachments no.: &AJ R-GE 1010 (EN), Issue 3.0

|  | Price / Unit | Total Price |
|---|---|---|
| Item value | 6.50 / EA | 5,460.00 USD |

| | |
|---|---|
| Previous item value | 5,460.00 USD |
| Item value of this Sup. | 0.00 USD |
| Total item value | 5,460.00 USD |

Date of delivery:
CIF Port of Houston

29-JUL-2016   - P -

Jiangsu Wujin
213111 Changzhou

Order
Order number:
Job number:

Date 21-SEP-2016
004 2RC4730 Sup. 005
K-04-7320A3N1 MONACA FURNACES

| Item | Quantity | Description |
|------|----------|-------------|
| 00009 | 476  EA | ELB BW,304,90DEG,LR,10S,NPS4    7307.29.0090 / 5% |

Product-ID: 7633406241
Certificate: EN typ.3.1

1. Seamless with no longitudinal or spiral (helical seam)
weld joints

According to List of attachments no.: &AJ R-GE 1010 (EN), Issue 3.0

| | Price / Unit | Total Price |
|---|---|---|
| **Item value** | 25.00 / EA | **11,900.00 USD** |

| | |
|---|---|
| Previous item value | 11,900.00 USD |
| Item value of this Sup. | 0.00 USD |
| Total item value | 11,900.00 USD |

Date of delivery:
CIF Port of Houston

29-JUL-2016    - P -

| Jiangsu Wujin | Order | Date 21-SEP-2016 |
|---|---|---|
| 213111 Changzhou | Order number: | 004 2RC4730 Sup. 005 |
| | Job number: | K-04-7320A3N1 MONACA FURNACES |

| Item | Quantity | Description | |
|---|---|---|---|
| 00010 | 14 EA | ELB BW,304,90DEG,LR,10S,NPS10 | 7307.29.0090 / 5% |

Product-ID: 7633406671

Certificate: EN typ.3.1

1. Seamless with no longitudinal or spiral (helical seam) weld joints

According to List of attachments no.: &AJ R-GE 1010 (EN), Issue 3.0

| | Price / Unit | Total Price |
|---|---|---|
| **Item value** | 399.00 / EA | **5,586.00 USD** |
| Previous item value | | 5,586.00 USD |
| Item value of this Sup. | | 0.00 USD |
| Total item value | | 5,586.00 USD |

Date of delivery:

CIF Port of Houston                                                29-JUL-2016    - P -

| Jiangsu Wujin | Order | Date 21-SEP-2016 |
| 213111 Changzhou | Order number: | 004 2RC4730 Sup. 005 |
| | Job number: | K-04-7320A3N1 MONACA FURNACES |

| Item | Quantity | Description |
| --- | --- | --- |
| 00011 | 42 EA | ELB BW,304,90DEG,LR,10S,NPS12   7307.29.0090 / 5% |

Product-ID: 7633406831
Certificate: EN typ.3.1

1. Seamless with no longitudinal or spiral (helical seam)
weld joints

According to List of attachments no.: &AJ R-GE 1010 (EN), Issue 3.0

| Item value | Price / Unit | Total Price |
| --- | --- | --- |
| | 599.00 / EA | **25,158.00 USD** |

| | |
| --- | --- |
| Previous item value | 25,158.00 USD |
| Item value of this Sup. | 0.00 USD |
| Total item value | 25,158.00 USD |

Date of delivery:
CIF Port of Houston

29-JUL-2016   - P -

| Jiangsu Wujin | Order | Date 21-SEP-2016 |
| 213111 Changzhou | Order number: | 004 2RC4730 Sup. 005 |
| | Job number: | K-04-7320A3N1 MONACA FURNACES |

| Item | Quantity | Description |
|------|----------|-------------|
| 00012 | 112 EA | REC BW,304,10S,NPS2X1.5   7307.29.0090 / 5% |

Product-ID: 7633701441
Certificate: EN typ.3.1

1. Seamless with no longitudinal or spiral (helical seam)
weld joints

According to List of attachments no.: &AJ R-GE 1010 (EN), Issue 3.0

| | Price / Unit | Total Price |
|---|---|---|
| **Item value** | 5.00 / EA | **560.00 USD** |

| | |
|---|---|
| Previous item value | 560.00 USD |
| Item value of this Sup. | 0.00 USD |
| Total item value | 560.00 USD |

Date of delivery:
CIF Port of Houston

29-JUL-2016   - P -

Jiangsu Wujin
213111 Changzhou

Order
Order number:
Job number:

Date 21-SEP-2016
004 2RC4730 Sup. 005
K-04-7320A3N1 MONACA FURNACES

| Item | Quantity | Description |
|------|----------|-------------|
| 00013 | 224 EA | REC BW,304,10S,NPS4X2  7307.29.0090 / 5% |

Product-ID: 7633702041
Certificate: EN typ.3.1

1. Seamless with no longitudinal or spiral (helical seam)
weld joints

According to List of attachments no.: &AJ R-GE 1010 (EN), Issue 3.0

| Item value | Price / Unit | Total Price |
|------------|--------------|-------------|
| | 15.00 / EA | 3,360.00 USD |

| | |
|---|---|
| Previous item value | 3,360.00 USD |
| Item value of this Sup. | 0.00 USD |
| Total item value | 3,360.00 USD |

Date of delivery:
CIF Port of Houston

29-JUL-2016   - P -

Jiangsu Wujin
213111 Changzhou

Order
Order number:
Job number:

Date 21-SEP-2016
004 2RC4730 Sup. 005
K-04-7320A3N1 MONACA FURNACES

| Item | Quantity | Description |
|------|----------|-------------|
| 00014 | 336  EA | TEE EQ BW,304,10S,NPS4   7307.29.0090 / 5% |

Product-ID: 7633846241
Certificate: EN typ.3.1

1. Seamless with no longitudinal or spiral (helical seam)
weld joints

According to List of attachments no.: &AJ R-GE 1010 (EN), Issue 3.0

| | Price / Unit | Total Price |
|---|---|---|
| Item value | 36.00 / EA | 12,096.00 USD |
| Previous item value | | 12,096.00 USD |
| Item value of this Sup. | | 0.00 USD |
| Total item value | | 12,096.00 USD |

Date of delivery:
CIF Port of Houston

29-JUL-2016   - P -

REL00029

Jiangsu Wujin
213111 Changzhou

Order
Order number:
Job number:

Date 21-SEP-2016
004 2RC4730 Sup. 005
K-04-7320A3N1 MONACA FURNACES

| Item | Quantity | Description |
|------|----------|-------------|
| 00015 | 14 EA | TEE EQ BW,304,10S,NPS12   7307.29.0090 / 5% |

Product-ID: 7633846831
Certificate: EN typ.3.1

1. Seamless with no longitudinal or spiral (helical seam)
weld joints

According to List of attachments no.: &AJ R-GE 1010 (EN), Issue 3.0

| Item value | Price / Unit | Total Price |
|------------|--------------|-------------|
| | 799.00 / EA | 11,186.00 USD |

| | |
|---|---|
| Previous item value | 11,186.00 USD |
| Item value of this Sup. | 0.00 USD |
| Total Item value | 11,186.00 USD |

Date of delivery:
CIF Port of Houston

29-JUL-2016   - P -

REL00030

Jiangsu Wujin
213111 Changzhou

Order
Order number:
Job number:

Date 21-SEP-2016
004 2RC4730 Sup. 005
K-04-7320A3N1 MONACA FURNACES

| Item | Quantity | Description |
|------|----------|-------------|
| 00016 | 336 EA | TEE RED BW,GR 304,10S,NPS4X2    7307.29.0090 / 5% |

Product-ID: 7636902051
Certificate: EN typ.3.1

1. Seamless with no longitudinal or spiral (helical seam)
weld joints

According to List of attachments no.: &AJ R-GE 1010 (EN), Issue 3.0

| Item value | Price / Unit | Total Price |
|------------|-------------|-------------|
| | 36.00 / EA | 12,096.00 USD |

| | |
|---|---|
| Previous item value | 12,096.00 USD |
| Item value of this Sup. | 0.00 USD |
| Total item value | 12,096.00 USD |

Date of delivery:
CIF Port of Houston

29-JUL-2016   - P -

Jiangsu Wujin
213111 Changzhou

Order
Order number:
Job number:

Date 21-SEP-2016
004 2RC4730 Sup. 005
K-04-7320A3N1 MONACA FURNACES

| Item | Quantity | Description | |
|------|----------|-------------|---|
| 00017 | 56 EA | TEE RED BW,GR 304,10S,NPS10X4 | 7307,29.0090 / 5% |

Product-ID: 7636903291
Certificate: EN typ.3.1

1. Seamless with no longitudinal or spiral (helical seam)
weld joints

According to List of attachments no.: &AJ R-GE 1010 (EN), Issue 3.0

| | Price / Unit | Total Price |
|---|---|---|
| **Item value** | 499.00 / EA | **27,944.00 USD** |

| | |
|---|---|
| Previous item value | 27,944.00 USD |
| Item value of this Sup. | 0.00 USD |
| Total item value | 27,944.00 USD |

Date of delivery:
CIF Port of Houston

29-JUL-2016   - P -

Jiangsu Wujin
213111 Changzhou

Order
Order number:
Job number:

Date 21-SEP-2016
004 2RC4730 Sup. 005
K-04-7320A3N1 MONACA FURNACES

| Item | Quantity | Description | | |
|------|----------|-------------|---|---|
| 00018 | 7 EA | FLG BLIND,F304,RF, CL150,NPS0.75 | 7307.21.5000 / 5.6% | |

Product-ID: 7665106141
Certificate: EN typ.3.1

1. Seamless with no longitudinal or spiral (helical seam)
weld joints

According to List of attachments no.: &AJ R-GE 1010 (EN), Issue 3.0

|  | Price / Unit | Total Price |
|--|--------------|-------------|
| Item value | 6.00 / EA | 42.00 USD |
| Previous item value | | 42.00 USD |
| Item value of this Sup. | | 0.00 USD |
| Total item value | | 42.00 USD |

Date of delivery:
CIF Port of Houston

29-JUL-2016   - P -

Jiangsu Wujin
213111 Changzhou

| | |
|---|---|
| Order | Date 21-SEP-2016 |
| Order number: | 004 2RC4730 Sup. 005 |
| Job number: | K-04-7320A3N1 MONACA FURNACES |

| Item | Quantity | Description |
|---|---|---|
| 00019 | 245 EA | FLG BLIND,F304,RF, CL150,NPS1   7307.21.5000 / 5.6% |

Product-ID: 7665106161
Certificate: EN typ.3.1

1. Seamless with no longitudinal or spiral (helical seam)
weld joints

According to List of attachments no.: &AJ R-GE 1010 (EN), Issue 3.0

| | Price / Unit | Total Price |
|---|---|---|
| **Item value** | 6.00 / EA | **1,470.00 USD** |

| | |
|---|---|
| Previous item value | 1,470.00 USD |
| Item value of this Sup. | 0.00 USD |
| Total item value | 1,470.00 USD |

Date of delivery:
CIF Port of Houston

29-JUL-2016   - P -

| Jiangsu Wujin | Order | Date 21-SEP-2016 |
| 213111 Changzhou | Order number: | 004 2RC4730 Sup. 005 |
| | Job number: | K-04-7320A3N1 MONACA FURNACES |

| Item | Quantity | Description |
|------|----------|-------------|
| 00020 | 168 EA | FLG BLIND,F304,RF, CL150,NPS4   7307.21.5000 / 5.6% |

Product-ID: 7665106241

Certificate: EN typ.3.1

1. Seamless with no longitudinal or spiral (helical seam) weld joints

According to List of attachments no.: &AJ R-GE 1010 (EN), Issue 3.0

| | Price / Unit | Total Price |
|---|---|---|
| **Item value** | 36.00 / EA | **6,048.00 USD** |

| | |
|---|---|
| Previous item value | 6,048.00 USD |
| Item value of this Sup. | 0.00 USD |
| Total item value | 6,048.00 USD |

Date of delivery:

CIF Port of Houston

29-JUL-2016   - P -

Jiangsu Wujin
213111 Changzhou

| | |
|---|---|
| Order | Date 21-SEP-2016 |
| Order number: | 004 2RC4730 Sup. 005 |
| Job number: | K-04-7320A3N1 MONACA FURNACES |

---

| Item | Quantity | Description | |
|---|---|---|---|
| 00021 | 14 EA | FLG BLIND,F304,RF, CL150,NPS10 | 7307.21.5000 / 5.6% |

Product-ID: 7665106301
Certificate: EN typ.3.1

1. Seamless with no longitudinal or spiral (helical seam) weld joints

According to List of attachments no.: &AJ R-GE 1010 (EN), Issue 3.0

| | Price / Unit | Total Price |
|---|---|---|
| **Item value** | 165.00 / EA | **2,310.00 USD** |
| Previous item value | | 2,310.00 USD |
| Item value of this Sup. | | 0.00 USD |
| Total item value | | 2,310.00 USD |

Date of delivery:
CIF Port of Houston

29-JUL-2016   - P -

Jiangsu Wujin
213111 Changzhou

Order
Order number:
Job number:

Date 21-SEP-2016
004 2RC4730 Sup. 005
K-04-7320A3N1 MONACA FURNACES

| Item | Quantity | Description |
|------|----------|-------------|
| 00022 | 112 EA | FLG PIPE WN,F304, CL150,10S,NPS1.5  7307.21.5000 / 5.6% |

Product-ID: 7665791081
Certificate: EN typ.3.1

1. Seamless with no longitudinal or spiral (helical seam)
weld joints

According to List of attachments no.: &AJ R-GE 1010 (EN), Issue 3.0

|  | Price / Unit | Total Price |
|--|--------------|-------------|
| **Item value** | 11.00 / EA | **1,232.00 USD** |

| | |
|--|--|
| Previous item value | 1,232.00 USD |
| Item value of this Sup. | 0.00 USD |
| Total item value | 1,232.00 USD |

Date of delivery:
CIF Port of Houston

29-JUL-2016    - P -

| Jiangsu Wujin | Order | Date 21-SEP-2016 |
| 213111 Changzhou | Order number: | 004 2RC4730 Sup. 005 |
| | Job number: | K-04-7320A3N1 MONACA FURNACES |

| Item | Quantity | Description |
|------|----------|-------------|
| 00023 | 455  EA | FLG PIPE WN,F304, CL150,10S,NPS2   7307.21.5000 / 5.6% |

Product-ID: 7665791101
Certificate: EN typ.3.1

1. Seamless with no longitudinal or spiral (helical seam)
weld joints

According to List of attachments no.: &AJ R-GE 1010 (EN), Issue 3.0

| | Price / Unit | Total Price |
|---|---|---|
| Item value | 18.00 / EA | 8,190.00 USD |
| | Previous item value | 8,190.00 USD |
| | Item value of this Sup. | 0.00 USD |
| | Total item value | 8,190.00 USD |

Date of delivery:
CIF Port of Houston

29-JUL-2016   - P -

Jiangsu Wujin
213111 Changzhou

| Order | Date 21-SEP-2016 |
|---|---|
| Order number: | 004 2RC4730 Sup. 005 |
| Job number: | K-04-7320A3N1 MONACA FURNACES |

---

| Item | Quantity | Description |
|---|---|---|
| 00024 | 504  EA | FLG PIPE WN,F304, CL150,10S,NPS4   7307.21.5000 / 5.6% |

Product-ID: 7665791141
Certificate: EN typ.3.1

1. Seamless with no longitudinal or spiral (helical seam)
weld joints

According to List of attachments no.: &AJ R-GE 1010 (EN), Issue 3.0

| | Price / Unit | Total Price |
|---|---|---|
| **Item value** | 40.00 / EA | **20,160.00 USD** |

| | |
|---|---|
| Previous item value | 20,160.00 USD |
| Item value of this Sup. | 0.00 USD |
| Total item value | 20,160.00 USD |

Date of delivery:
CIF Port of Houston

29-JUL-2016   - P -

---

Jiangsu Wujin
213111 Changzhou

Order                               Date 21-SEP-2016
Order number:                   004 2RC4730 Sup. 005
Job number:         K-04-7320A3N1 MONACA FURNACES

| Item | Quantity | Description |
|------|----------|-------------|
| 00025 | 42 EA | FLG PIPE WN,F304, CL150,10S,NPS10   7307.21.5000 / 5.6% |

Product-ID: 7665791201
Certificate: EN typ.3.1

1. Seamless with no longitudinal or spiral (helical seam)
weld joints

According to List of attachments no.: &AJ R-GE 1010 (EN), Issue 3.0

|  | Price / Unit | Total Price |
|--|--------------|-------------|
| **Item value** | 150.00 / EA | **6,300.00 USD** |
| Previous item value | | 6,300.00 USD |
| Item value of this Sup. | | 0.00 USD |
| Total item value | | 6,300.00 USD |

Date of delivery:
CIF Port of Houston

29-JUL-2016   - P -

Jiangsu Wujin
213111 Changzhou

| Order | Date 21-SEP-2016 |
|---|---|
| Order number: | 004 2RC4730 Sup. 005 |
| Job number: | K-04-7320A3N1 MONACA FURNACES |

---

| Item | Quantity | Description |
|---|---|---|
| 00026 | 7 EA | FLG PIPE WN,F304, CL150,10S,NPS12 7307.21.5000 / 5.6% |

Product-ID: 7665791221

Certificate: EN typ.3.1

1. Seamless with no longitudinal or spiral (helical seam) weld joints

According to List of attachments no.: &AJ R-GE 1010 (EN), Issue 3.0

| | Price / Unit | Total Price |
|---|---|---|
| **Item value** | 230.00 / EA | **1,610.00 USD** |

| | |
|---|---|
| Previous item value | 1,610.00 USD |
| Item value of this Sup. | 0.00 USD |
| Total item value | 1,610.00 USD |

Date of delivery:

CIF Port of Houston

29-JUL-2016    - P -

Jiangsu Wujin
213111 Changzhou

Order
Order number:
Job number:

Date 21-SEP-2016
004 2RC4730 Sup. 005
K-04-7320A3N1 MONACA FURNACES

| Item | Quantity | Description |
|------|----------|-------------|
| 00027 | 168 EA | FLG PIPE WN,F304, CL150,40S,NPS0.5  7307.21.5000 / 5.6% |

Product-ID: 7665807321
Certificate: EN typ.3.1

1. Seamless with no longitudinal or spiral (helical seam)
weld joints

According to List of attachments no.: &AJ R-GE 1010 (EN), Issue 3.0

|  | Price / Unit | Total Price |
|--|--------------|-------------|
| **Item value** | 6.00 / EA | **1,008.00 USD** |

| | |
|--|--|
| Previous item value | 1,008.00 USD |
| Item value of this Sup. | 0.00 USD |
| Total item value | 1,008.00 USD |

Date of delivery:
CIF Port of Houston

29-JUL-2016   - P -

Jiangsu Wujin
213111 Changzhou

Order
Order number:
Job number:

Date 21-SEP-2016
004 2RC4730 Sup. 005
K-04-7320A3N1 MONACA FURNACES

| Item | Quantity | Description |
|------|----------|-------------|
| 00028 | 63 EA | ELB BW,304,45DEG,LR,10S,NPS2   7307.22.5000 / 6.2% |

Product-ID: 7633385841
Certificate: EN typ.3.1

1. Seamless with no longitudinal or spiral (helical seam)
weld joints

According to List of attachments no.: &AJ R-GE 1010 (EN), Issue 3.0

| | Price / Unit | Total Price |
|------|------|------|
| **Item value** | 6.00 / EA | **378.00 USD** |

| | |
|------|------|
| Previous item value | 378.00 USD |
| Item value of this Sup. | 0.00 USD |
| Total item value | 378.00 USD |

Date of delivery:
CIF Port of Houston

29-JUL-2015    - P -

Jiangsu Wujin
213111 Changzhou

Order                  Date 21-SEP-2016
Order number:          004 2RC4730 Sup. 005
Job number:            K-04-7320A3N1 MONACA FURNACES

| Item | Quantity | Description |
|------|----------|-------------|
| 00029 | 112 EA | REC BW,304,10S,NPS4X3   7307.22.5000 / 6.2% |

Product-ID: 7633702141
Certificate: EN typ.3.1

1. Seamless with no longitudinal or spiral (helical seam)
weld joints

According to List of attachments no.: &AJ R-GE 1010 (EN), Issue 3.0

|  | Price / Unit | Total Price |
|--|--------------|-------------|
| **Item value** | 15.00 / EA | **1,680.00 USD** |
|  | Previous item value | 1,680.00 USD |
|  | Item value of this Sup. | 0.00 USD |
|  | Total item value | 1,680.00 USD |

Date of delivery:
CIF Port of Houston

29-JUL-2016   - P -

| Jiangsu Wujin | Order | Date 21-SEP-2016 |
|---|---|---|
| 213111 Changzhou | Order number: | 004 2RC4730 Sup. 005 |
| | Job number: | K-04-7320A3N1 MONACA FURNACES |

| Item | Quantity | Description |
|---|---|---|
| 00030 | 14 EA | REE BW,304,10S,NPS12X10    7307.22.5000 / 6.2% |

Product-ID: 7633723391
Certificate: EN typ.3.1

1. Seamless with no longitudinal or spiral (helical seam) weld joints

According to List of attachments no.: &AJ R-GE 1010 (EN), Issue 3.0

| | Price / Unit | Total Price |
|---|---|---|
| **Item value** | 199.00 / EA | **2,786.00 USD** |

| | |
|---|---|
| Previous item value | 2,786.00 USD |
| Item value of this Sup. | 0.00 USD |
| Total item value | 2,786.00 USD |

Date of delivery:
CIF Port of Houston

29-JUL-2016   - P -

Jiangsu Wujin
213111 Changzhou

Order
Order number:
Job number:

Date 21-SEP-2016
004 2RC4730 Sup. 005
K-04-7320A3N1 MONACA FURNACES

| Item | Quantity | Description |
|------|----------|-------------|
| 00031 | 112 EA | FLG PIPE WN,F304, CL150,10S,NPS3   7307.21.5000 / 5.6% |

Product-ID: 7665791121
Certificate: EN typ.3.1

1. Seamless with no longitudinal or spiral (helical seam)
weld joints

According to List of attachments no.: &AJ R-GE 1010 (EN), Issue 3.0

|  | Price / Unit | Total Price |
|---|---|---|
| **Item value** | **38.00 / EA** | **4,256.00 USD** |
| Previous item value | | 4,256.00 USD |
| Item value of this Sup. | | 0.00 USD |
| Total item value | | 4,256.00 USD |

Date of delivery:
CIF Port of Houston

29-JUL-2016   - P -

Jiangsu Wujin
213111 Changzhou

Order
Order number:
Job number:

Date 21-SEP-2016
004 2RC4730 Sup. 005
K-04-7320A3N1 MONACA FURNACES

| Item | Quantity | Description |
|------|----------|-------------|
| 09900 | | Documentation |

Clarification Notes for Document Submittals:
1. Vendor shall submit list of specifications
acknowledgement and acceptance with bid. No technical
evaluation of the bid will be performed without this list.
In case supplier is taking exceptions, note that LENA will
first attempt to reconcile technical exceptions with Vendor,
but all exceptions must be finally approved by Shell.
2. Vendor shall refer to &AJ-R-TE-1010, column 18, for list
of marked documents to be provided with bid.
3. In case of P.O. award, all supplier's documents shall be
submitted electronically to Linde via the internet platform
VIP (Virtual Interchange Platform). Immediately after award
of P.O., supplier shall request for an account of VIP
directly via Internet. For instructions refer to &AA-A-SG
1002 (EN).
4. In case of P.O. award, before transmition of documents
thru VIP, supplier is required immediately to complete the
DDS (&AJ-R-TE-1010) by filling in "Vendor doc. No.", "Order
No.", "Vendor name:", "Date of Order", "Date of Delivery"
and "Schedule" dates for each document.
5. Supplier shall return the completed DDS via VIP then LENA
will be responsible of configuring the DDS in the VIP portal
which will allow the supplier to drop the document into the
designated place holder.
6. In case of P.O. award, no supplier documentation review
by LENA will start until completion of steps 4 and 5 above.

According to List of attachments no.: &AJ R-GE 1010 (EN), Issue 3.0

included in total price.

Jiangsu Wujin
213111 Changzhou

Order                                        Date 21-SEP-2016
Order number:                        004 2RC4730 Sup. 005
Job number:          K-04-7320A3N1 MONACA FURNACES

| Item | Quantity | Description |
|------|----------|-------------|
| 09920 | | Seaworthy Packing |

According to PACKING and TRANSPORT INSTRUCTIONS &AJ-K-BX 1002 (EN)

included in total price.

| Item | Quantity | Description |
|------|----------|-------------|
| 09925 | | Transport CIF Port of Houston |

According to Incoterms 2010.

included in total price.

| | |
|---|---|
| Order value old | 459.952,02 USD |
| Order value Sup. 005 | 0,00 USD |
| Total order value new | 459.952,02 USD |

4) Contract schedule
=========================

The vendor shall carry out his own monitoring of the execution schedule.
The vendor shall be solely responsible for monitoring and directing his sub vendors
to ensure that the agreed delivery dates are met and that an up-to-date schedule
-showing target status and actual status- is available at all times.

The purchaser shall be informed immediately of expected delays or other problems
likely to affect the agreed delivery dates. Neither such notification nor any advice
given to the purchaser shall relieve the vendor of his obligation to make timely
delivery. If the vendor fails to submit such notification, the vendor shall be liable
for all direct damage resulting therefrom. The vendor shall also inform the purchaser
of the corrective measures taken to meet the agreed delivery dates

If delays occur through the fault of the vendor, he shall take the necessary measures
to speed up the work at his own expense. These include, in particular, increased use
of staff and material resources, working multiple shifts, overtime, in accordance

REL00048

Jiangsu Wujin
213111 Changzhou

Order
Order number:
Job number:

Date 21-SEP-2016
004 2RC4730 Sup. 005
K-04-7320A3N1 MONACA FURNACES

with the local labor regulations, special transport as required by the purchaser and
the costs of monitoring or support by the purchaser.

5) Options
==========

5.1) General
------------

Change orders or separate purchase orders for additional requirements shall be
subject to the terms and conditions of this purchase order.

Purchaser or any other legal Linde entity shall have the right to exercise the
options until the due dates mentioned below.


5.2) Transport
--------------

N/A


5.3) Capital spare parts and / or spare parts for 2-years operation
-------------------------------------------------------------------

N/A

5.4) Supervision services
-------------------------

N/A

===========================================================================

                             End of Options

===========================================================================

6) Price inclusions
===================

The prices listed contain in particular, but not only, all the costs for:

- seaworthy packing

- all inclusive costs (e.g. travel, accommodation, man hours etc.) of
  vendor and vendor's sub suppliers for kick-off meeting and/or design
  review meeting at purchaser's or purchaser's entity office,

REL00049

| Jiangsu Wujin | Order | Date 21-SEP-2016 |
|---|---|---|
| 213111 Changzhou | Order number: | 004 2RC4730 Sup. 005 |
| | Job number: | K-04-7320A3N1 MONACA FURNACES |

- inspection as required in the technical documents,

- inspection charges, material and vendor's labour, for inspection by purchaser's client in vendor's workshop,

- inspection charges, material, for inspection by the purchaser or his representatives but no personnel cost for purchaser's inspectors

- inspection charges (material as well as personnel) if the inspection is unsuccessful due to reasons solely attributable to the vendor,

- execution of work and services stipulated in the order documents,

- all vendors documents, drawings manuals etc. and information exchange to be submitted in English language, except other specified within the document delivery schedule,

- special transport if required due to vendor's fault,

- marking and tagging of all items and packing according to buyer's instructions.

7) Price basis
================

All prices listed herein are fixed, not subject to escalation, excluding value added tax.

Prices shall apply as follows:

A) For American Vendors
========================

N/A

B) For Non-American Vendors
============================

CIF pre-fab shop acc. Incoterms 2010 including seaworthy packaging acc. to PACKING and TRANSPORT INSTRUCTIONS &AJ-K-BX 1002 (EN).

8) Insurances
==============

8.1) Third party insurance
---------------------------

Vendor shall have to take out third party insurance including product liability up to

| Jiangsu Wujin | Order | Date 21-SEP-2016 |
|---|---|---|
| 213111 Changzhou | Order number: | 004 2RC4730 Sup. 005 |
| | Job number: | K-04-7320A3N1 MONACA FURNACES |

environmental liability insurance with the following minimum coverage per claim and
in aggregate per year:

```
USD  5.000.000,-- for damage to property or material
USD  3.000.000,-- for personal injuries
USD  1.000.000,-- personal injury per person
USD  1.000.000,-- damage to intangible assets
```

Workers compensation and Employer's liabilty insurance:

- Coverage:          workers compensation for all employees of
                     contractor parties as required to comply with
                     applicable legal requirements

- Amount:            in no event less than USD 1.000,000 per accident


8.2) Insurance for site activities
------------------------------------

N./A


8.3) Transport insurance
-------------------------

The vendor shall arrange for sufficient insurance cover for any transport risk within
vendor's scope.

9) Terms of payment
===================

9.1) Installment payments
-------------------------

1st Installment 90 %
---------------------

After placement of purchase order provided that:

- Receipt of the unmodified order confirmation on purchaser's form
  attached to the purchase order,

- After receipt of project schedule with milestones,

- After complete delivery

- After due receipt of all required documents which are due at this time
  and which are in full conformity to purchaser's requirements according

Jiangsu Wujin
213111 Changzhou

Order
Order number:
Job number:

Date 21-SEP-2016
004 2RC4730 Sup. 005
K-04-7320A3N1 MONACA FURNACES

to the list of attachments,

2nd Installment: 10 %
------------------------

- Provided that the conditions of the previous installment payments have
  been fullfiled

- After receipt of complete final documentation, certificates accepted
  by purchaser as well as inspection documents, especially the as built
  documentation. All documents must clearly show purchaser's job no.
  as well as purchase order no..

- prior to the final invoice, vendor shall grant to the
  buyer a release of all liens, charges, claims and
  other encumbrances. If vendor fails to submit such a
  note, buyer is entitled to retain due payment.

- Against bank guarantee (with first class rating) at no cost to the
  purchaser and in accordance with the text shown in this purchase
  order, valid until expiration of the warranty period, with an amount
  of 10 % of the final order value.

9.2) Guideline for wording of the bank guarantee
--------------------------------------------------
                    guarantee declaration
                    ----------------------

Vendor/contractor          :

Purchaser                  :

Guarantee amount           :
(in words)                 :

Plus prevailing value
added tax                  :

| | | |
|---|---|---|
| Jiangsu Wujin<br>213111 Changzhou | Order<br>Order number:<br>Job number: | Date 21-SEP-2016<br>004 2RC4730 Sup. 005<br>K-04-7320A3N1 MONACA FURNACES |

Regarding order no.            :

Job no.                        :

Guarantee purpose             : to secure fulfilment of all
                                contractual obligations

Whereas it is a condition of the purchase order that the
vendor/contractor provides a letter of Credit to the
purchaser, we, the undersigned, as guarantor hereby
irrevocably undertake, subject to no other conditions than
those specified in this document, to pay to the purchaser
any sum or all sums up to an aggregate maximum amount as
stated above, provided that the purchaser states that the
vendor/contractor has failed to fully or timely fulfil his
contractual obligations (his obligations under the
mechanical warranty).

This Letter of Credit declaration for the installment payments shall
expire after orderly receipt of all equipment of materials
ordered and/or complete execution of all services, as the
case may be.

The Letter of Credit declaration for the warranty period shall
expire after fulfilment of all obligations under the
mechanical warranty or expiry of the warranty period,
whichever comes later.

This Letter of Credit declaration will be returned to the vendor/
contractor after its expiry and only upon written request.

End of the wording of Letter of Credit
****************************************

9.3) General payment conditions
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Payment shall be effected 30 days after receipt of invoice on the following general
conditions:

- Receipt of all required documents due at that time.

- Payment of installments must be requested in writing not sooner than
  the agreed due dates.

Jiangsu Wujin
213111 Changzhou

Order                              Date 21-SEP-2016
Order number:                      004 2RC4730 Sup. 005
Job number:          K-04-7320A3N1 MONACA FURNACES

---

- Defects of the subjects of the purchase order and/or the required
  technical documentation shall entitle the purchaser to withhold
  due payments.

- Documents, which are not accepted by Purchaser due to incomplete or
  incorrect contents shall entitle the Purchaser to withhold
  otherwise due payments.

- Percentages of single installments are related to the final total
  purchase order value.


9.4) Invoices/ tax regulations
- - - - - - - - - - - - - - - - - - - - - - - - - -

-According to Purchaser's understanding of VAT law, but not binding -

All invoices shall be charged and sent to:

    Linde Engineering North America
    204 Five Sentry Parkway East/ Suite
    Blue Bell PA 19422
    USA

All invoices shall be sent by email as well to the following email address:
        AP@Linde-Le.com


9.4.1 US Contractors
- - - - - - - - - - - - - - - -

Invoices have to be issued according to valid US Sales Tax law.

- All US suppliers must invoice LENA without sales tax.


9.4.2 NON-US Contractors
- - - - - - - - - - - - - - - - - - - -

Non-US Contractors have to contact the Logistics Department of Linde Engineering for
customs clearing and set up the import procedure early in advance.

Invoices have to be issued with the following information:

    - Free of VAT and show information "VAT FREE EXPORT DELIVERY"
    - Indicate the VAT ID of supplier YY123xx  and the German
      VAT ID LENA: DE 815169963 (if applicable)
      Indicate on every invoice proper INTRASTAT-Data:

Jiangsu Wujin
213111 Changzhou

Order
Order number:
Job number:

Date 21-SEP-2016
004 2RC4730 Sup. 005
K-04-7320A3N1 MONACA FURNACES

- net weight
- custom code
- country of origin
- Incoterm

11) Liquidated Damages
======================

The purchaser shall remain entitled to claim the agreed Liquidated Damages until
payment of final invoice, even if he did not expressly reserve such claim on receipt
or acceptance of the subject of supplies.

11.1) For documentation
------------------------

In the event that the vendor fails to meet the agreed deadlines, due to reasons
attributable to the vendor, the purchaser will be entitled to demand as Liquidated
Damges from the vendor per deadline and item 0.25% for every commencing week of
delay.

The maximum amount of Liquidated Damages for documentation shall not exceed 2 % of
the final total order value.

11.2) For supply of subject of order
-------------------------------------

In the event that vendor fails to meet the agreed deadlines, due to reasons
attributable to the vendor, the purchaser will be entitled to demand as Liquidated
Damages from the vendor 0.75 % for every commencing week of delay per agreed deadline
calculated on the basis of the final total order value.

The maximum amount of Liquidated Damages for delayed supply of subject of order shall
not exceed 8 % of the final total order value.

11.3) Aggregate Liquidated Damages for late supplies
-----------------------------------------------------

The aggregate Liquidated Damages for documentation and supply is limited to a maximum
of 10 % of the final total purchase order value.

12) Warranty
============

Jiangsu Wujin
213111 Changzhou

| | |
|---|---|
| Order | Date 21-SEP-2016 |
| Order number: | 004 2RC4730 Sup. 005 |
| Job number: | K-04-7320A3N1 MONACA FURNACES |

The warranty period shall expire twelve (12) months after the date of first placing
the material supplies and/or performance of services into commercial operation or
forty-eight (48) months after the date of delivery, whichever is sooner.

If vendor is responsible for delays of delivery of material supplies and/ or
performance of services the expiry date of the warranty period above shall be
extended by the duration of the delay.

If vendor is responsible for interruptions of the operation of the plant during the
warranty period, the said warranty period will be extended by the duration of the
interruption of the operation of Client's plant.

The warranty period for repaired or replaced parts shall be 12 months from date of
replacement unless the remaining part of the guarantee period is longer.

If vendor is responsible for a defect, vendor shall rectify it as soon as possible at
vendor's own cost. If vendor is unable or unwilling to rectify a defect within a
reasonable time after purchaser's notification, or if purchaser, for good reasons,
refuses to allow vendor to perform the rectification work, purchaser shall be
entitled to rectify the defect or engage a third party to do so. In such case, vendor
shall pay the necessary costs for rectification, provided purchaser acts in a
reasonable manner.

13) Assignment
==============

At any time purchaser shall be entitled to assign its rights regarding to the
warranties to client. Upon this assignment to client warranties given by vendor may
also be enforced by client.

In the event of termination of the contract between client and purchaser this
purchase order may be transferred and assigned to client if client so requests,
however, always provided that a novation agreement is signed by all the parties
involved.

13.1 Cancellation clause:
-------------------------
In case of cancellation of the purchase order for reasons not attributable to the
Vendor the following maximum cancellation fees apply:

Below table is valid for all items of this purchase order:

cancellation before     max. ... % of purchsae order value
                        (excl. packing and FOB costs)

- 0-4 weeks 5%
- 4 weeks   15%
- 2 months  30%

Jiangsu Wujin                    Order                        Date 21-SEP-2016
213111 Changzhou                 Order number:                004 2RC4730 Sup. 005
                                 Job number:        K-04-7320A3N1 MONACA FURNACES

---

-   3 months  80%
-   4 months  100%

Above cancellation schedule/table will be adjusted accordingly, in case of purchase
order value changes.

The actual costs for cancellation shall be reimbursed as incurred and against
submission of corresponding verifiable documents. However, the total costs shall not
exceed the maximum figures stated above.


14) Order Confirmation
=======================

Only order confirmation form of the purchaser is to be used as acceptance of the
order. This form duly signed by the vendor, is to be returned immediately to the
purchaser, however latest within 5 working days.

No payment request will be processed unless the purchaser has a confirmation of the
order without objections in his possession.

15) Export Controls
====================

Vendor acknowledges that it is familiar with and will comply with all Applicable Laws
concerning the export or re-export of goods, software or technology, or the direct
product thereof, to unauthorized persons or destinations, including, but not limited
to, those of the the United States of America and European Union.

Without prejudice to the foregoing, where requested to do so, Vendor will provide
Company with the Export Control Classification Number (ECCN) and applicable
jurisdiction(s) for any goods, software, or technology provided pursuant to the
Purchase Order.

Vendor will be responsible for obtaining any required government authorizations,
including but not limited to export licenses or exemption authorizations, for any
goods, software, or technology provided by or on behalf of Vendor pursuant to the
Purchase Order.  Where such licenses or authorizations are obtained, Vendor shall
provide Purchaser written notice of all applicable conditions, including but not
limited to those restricting the further export, use or release of the goods,
software or technology.
Vendor shall indemnify and defend Buyer from all costs, expenses, penalties, actions,
claims, or liabilities, including attorneys' fees, arising from a violation of the
provisions of this clause.


16) Special provisions

Jiangsu Wujin
213111 Changzhou

Order
Order number:
Job number:

Date 21-SEP-2016
004 2RC4730 Sup. 005
K-04-7320A3N1 MONACA FURNACES

=========================

16.1) Price Validity & Delivery periods for Quantity Variations
----------------------------------------------------------------

For any quantity variations (addition/deletion), the prices & discounts specified
herein above for any individual item of the order shall remain valid & apply also for
subsequent supplement orders.

The delivery date shall remain unchanged for any additional scope.

However for supplement orders delivery date shall be mutually discussed & agreed upon
based on terms & conditions of this PO.

16.2) Short & Over Deliveries (for pipes, cables etc.)
------------------------------------------------------

Short deliveries of ordered quantities are not accepted.

Over deliveries are accepted to a maximum of 1 (one) manufacturing length of the
total ordered quantity per item. Quantities exceeding this limit will be considered
as free of charge delivery.

16.3) Special Logistic Instructions
-----------------------------------

Marking, packing and shipment have to be carried out and relevant documents have to
be submitted in strict compliance with the PACKING and TRANSPORT INSTRUCTIONS
&AJ-K-BX 1002 (EN).

Vendor is responsible to observe all legal regulations for the export from the
country of dispatch to the country of destination (United States of America) and to
issue the required documents.
In case of delivery of equipment requiring an export license, Purchaser has to be
notified immediately after placement of the order (logistics department as stated on
the first page of this purchase order).
Vendor has to fulfil his obligations according to INCOTERMS 2010.

16.4) Shipper's own container (only applicable for bulk material which
----------------------------------------------------------------------
shall be delivered to site directly, not to prefabricator)
----------------------------------------------------------

N/A

16.5) Audit rights
------------------
Accounting procedures:

| | | |
|---|---|---|
| Jiangsu Wujin<br>213111 Changzhou | Order<br>Order number:<br>Job number: | Date 21-SEP-2016<br>004 2RC4730 Sup. 005<br>K-04-7320A3N1 MONACA FURNACES |

- - - - - - - - - - - - - - - - - - - - -

Purchaser and Client reserves the right to audit Vendors accounting procedures and subcontract costs at all reasonable times during the course of the Purchase Order and for a period ending two (2) years after expiry of the final warranty period or after termination:

  (i) formulae, rates, overhead and payroll burden factors, uplifts,
     direct cost and other reimbursable items under the Purchase Order

  (ii) all invoiced charges made by Vendor on Purchaser/ Client and any
     provision of this Purchase Order under which Vendor has
     obligations of the performance which is capable of being verified
     by audit.

Purchaser/ Client shall have the right, upon request, to take copies of all of Vendor's records, books, personnel records (subject to applicable laws), accounts, correspondence, memoranda, receipts, vouchers and other papers of every kind, relating to Article 16.5(i) and (ii).

Findings resulting from audits as mentioned may result in retroactive adjustment of the commercial terms and conditions and settlement thereof.
In this respect Purchaser/ Client shall not be entitled to audit the make-up or breakdown of any agreed lump sums except to the extent necessary for the proper evaluation of any variations.

HSSE and Quality Management:
- - - - - - - - - - - - - - - - - - - - - - - - - - - -

Purchaser, Client and its authorized representatives shall have unrestricted access for inspection or review purposes at all reasonable times to the worksite facilities, equipment, personnel and HSSE/ Quality related documents of the Vendor and its subcontractors relating to the work and to audit their respective Quality Management System(s).

The Vendor shall within such time as mutually agreed with the Purchaser/ Client, implement agreed recommendations arising from the audits.
Purchaser, Client, or its authorized representatives, shall have no restrictions to take pictures or make video at any WORKSITE. Purchaser/ Client shall also have no restriction to review at all reasonable times the personnel and records of the Vendor and its subcontractors as they relate to quality.

Vendor shall co-operate fully with Purchaser/ Client in the carrying out of any audit required by Purchaser/ Client.
Purchaser/ Client will conduct any audit in a manner, which will keep to a reasonable minimum any inconvenience to Vendor.

Jiangsu Wujin
213111 Changzhou

Order                           Date 21-SEP-2016
Order number:                004 2RC4730 Sup. 005
Job number:          K-04-7320A3N1 MONACA FURNACES

Linde Engineering North America, Inc.

Purchasing:              Authorized Signature:

_____        _____

17) Enclosures
==============

- Order confirmation
- Supplier declaration
- Linde Engineering North America Inc., Standard Purchase Order Terms
  and Conditions &AJ-A-BX-0105 (EN), Rev. 4
- List of attachments no.: &AJ R-GE 1010 (EN), Issue 3.0
- PACKING and TRANSPORT INSTRUCTIONS &AJ-K-BX 1002 (EN), Issue 3.0


Enclosures Supp 001
===================

- Order confirmation

THE LINDE GROUP                                                        *Linde*

| | |
|---|---|
| LINDE ENGINEERING NORTH AMERICA INC<br>Dept. PCA attn: Mr. Tobias Wegner<br>SENTRY PKWY EAST<br>BLUE BELL, PA 19422<br>USA | **Order Confirmation**<br>**Order number:**      **004 2RC4730 Sup. 005**<br>**Job number:**   K-04-7320A3N1 MONACA FURNACES |

| | | |
|---|---|---|
| Jiangsu Wujin<br>Steel Pipe group Co., Ltd.<br>Zhenglu Town<br>Changzhou, 100 213111<br>P.R. China | **Your contact<br>persons:**<br>**Purchasing**<br>E-mail<br>Tel./Fax<br>**Expediting**<br>E-mail | <br><br>John Li /GPCF<br>john.li@linde.com<br>+1 610 832 8716 / -834-0473<br>Markus Dressler /GPCE<br>markus.dressler@linde.com |

Your Order No.:    004 2RC4730 Sup. 005 dated 21-SEP-2016 Interconnecting Piping Material - SS (304)

By execution below, commencement of performance, or any other actions by Seller acknowledging this Purchase Order, Seller hereby accepts and agrees that the contract for sale of products/services is expressly limited to the terms specifically set forth, or incorporated by reference, in this Purchase Order, to the exclusion of additional or different terms in documentation provided by Seller. This acknowledgement must be returned to purchaser within (5) days after receipt of this Purchase Order.

---

Seller:        Legally binding signature:        Date:                Title:

Information for order handling
Vendor's Order No.                        : ....................................................................................................

Contact person                            : ....................................................................................................

Telephone and Fax No.                     : ....................................................................................................

E-mail Address                            : ....................................................................................................

Manufacturing location (if applicable) : ....................................................................................................

REL00061

THE LINDE GROUP 

**SHIPPER**
LINDE ENGINEERING NORTH AMERICA INC
Dept. PCA  attn: Mr. Tobias Wegner
5 SENTRY PKWY EAST
BLUE BELL, PA 19422
USA

From
Jiangsu Wujin
Steel Pipe group Co., Ltd.
Zhenglu Town
Changzhou, 100 213111
P.R. China

## SUPPLIER'S DECLARATION



POSD0042RC4730005

Declaration for products having preferential origin status

Selas Fluid Order:            004 2RC4730 Sup. 005

Selas Fluid Job:             K-04-7320A3N1  MONACA FURNACES

Supplier's Order No.:        _____

Description of Goods:        _____

Harmonized Code:            _____

Consignee:                  _____
I, the undersigned, declare that the goods listed on this document originate in

_____
**Country of Origin**

I undertake to make available to the customs authorities, if required, evidence in support of this declaration.

_____
Place, Date                    Authorized signature

REL00062

# EXHIBIT "F"

Form Approved OMB No. 1651-0022
EXP. 06-31-2014

**DEPARTMENT OF HOMELAND SECURITY**

**U.S. Customs and Border Protection**

**ENTRY SUMMARY**

| 1. Filer Code/Entry No. | 2. Entry Type | 3. Summary Date  Import Team |
|---|---|---|
| D99-6266493-3 | 01 ABI/A | 08/13/14 |
| 4. Surety No. | 5. Bond Type | 6. Port Code | 7. Entry Date |
| 440 | 8 | 5301 | 08/02/2014 |

| 8. Importing Carrier | 9. Mode Of Transport | 10. Country of Origin | 11. Import Date |
|---|---|---|---|
| STAR JAVA (GSSW) | 10 | DE | 08/02/2014 |
| 12. B/L or AWB No. | 13. Manufacturer ID | 14. Exporting Country | 15. Export Date |
| GSSW14GOT0226A | DELINAG14PUL | DE | 07/03/2014 |
| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading | 20. U.S. Port of Unlading |
| | | | 42889 | 5301 |
| 21. Location of Goods/G.O. No. | 22. Consignee No. | 23. Importer No. | 24. Reference No. |
| 5743/CITY DOCK 23 | SAME | 23-2226756400 | |

26. Ultimate Consignee Name and Address

26. Importer of Record Name and Address
LINDE ENGINEERING NORTH AMERICA INC
5 SENTRY PARKWAY EAST
SUITE 300

| City | | State  PA | Zip | City  BLUE BELL | | State  PA | Zip  19422 |

| 27 | 28. Description of Merchandise | | 32. | 33. | 34. |
|---|---|---|---|---|---|
| Line No. | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Gross Weight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | A. Entered Value B. CHGS C. Relationship | A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | Duty and I.R. Tax |
| | | | | | | Dollars | Cents |

| I.T. DATE | I.T. NO. | MASTER BILL/AWB | HOUSE BILL | SUBHOUSE BILL | BILL QTY |
|---|---|---|---|---|---|
| | | GSSW14GOT0226A | JASFANR24010653 | | 8 PCE |

| 001 | Invoice Number  001/PATRIOTPD002 HEAT EX UNIT,N/BRZ ALM P/F 8419.50.5000 | 20128B KG | 8 NO | Y 6,124,500.00 C2800 | Free | 0.00 |
| | 499 MERCHANDISE PROCESSING FEE (MPF) 501 HARBOR MAINTENANCE FEE (HMF) | | | | 0.3464% 0.125% | 21,215.27 7,655.63 |

| | Invoice Number | 001/PATRIOTPD002 | | | |
| | Invoice Value EUR | 4,500,000.00 | | | |
| | Exchange Rate | 1.361000 | | | |
| | Invoice Value USD | 6,124,500.00 | | | |
| | Total Entered Value (Invoice) | 6,124,500.00 | | | |

| Other Fee Summary for Block 39 | | 35. Total Entered Value | **CBP USE ONLY** | | **TOTALS** |
|---|---|---|---|---|---|
| 501 Harbor Maintenance Fee | $7,655.63 | $6,124,500.00 | A. LIQ CODE | B. Ascertained Duty | 37. Duty |
| 499 Merchandise Processing Fee | $485.00 | Total Other Fees | | | 0.00 |
| | | | REASON CODE | C. Ascertained Tax | 38. Tax |
| | | $8,140.63 | | | 0.00 |

36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT

| | D. Ascertained Other | 39. Other |
|---|---|---|
| | | 8,140.63 |
| | E. Ascertained Total | 40. Total |
| | | 8,140.63 |

I declare that I am the ☐ Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, OR ☒ owner or purchaser or agent thereof. I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost have been disclosed.

I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. DECLARANT NAME | TITLE | SIGNATURE | DATE |
|---|---|---|---|
| JAS FORWARDING (USA) INC | ATTY-IN-FACT | Ken Littlefield | 07/31/2014 |

42. Broker/Filer Information (Name, address, phone number)
JAS FORWARDING (USA) INC
1144 WEST BETHEL ROAD, SUITE 400 COPPELL, TX 75019
PHONE: +1 (972) 393-2929  FAX: +1 (972) 462-0837

43. Broker/Importer File No.
S400342235 / Ref: PATRIOT PD002

CBP Form 7501 (06/09)

REL00063

# EXHIBIT "G"

BOX

**DEPARTMENT OF HOMELAND SECURITY**
U.S. Customs and Border Protection

**ENTRY/IMMEDIATE DELIVERY**

19 CFR 142.3,142.16, 142.22, 142.24
JAS FORWARDING (USA) INC
1144 WEST BETHEL ROAD, SUITE 400 COPPELL, TX 75019
PHONE: +1 (972) 393-2929 FAX: +1 (972) 462-0837

Paperless Entry

Page 1 of 1
Filer Code: D99
ABI Certified
CST#
Form Approved
OMB No. 1651-0024
Exp. 03-31-2015

| 1. ARRIVAL DATE 08/02/14 | 2. ELECTED ENTRY DATE 08/02/2014 | 3. ENTRY TYPE CODE/NAME 01 Consumption-Free and Du | | 4. ENTRY NUMBER D99-8266493-3 |
|---|---|---|---|---|
| 5. PORT 5301 | 6. SINGLE TRANS. BOND | 7. BROKER/IMPORTER FILE NUMBER S400342235/PATRIOT PD002 | | |
| | 8. CONSIGNEE NUMBER 23-222675400 | | | 9. IMPORTER NUMBER 23-222675400 |
| 10. ULTIMATE CONSIGNEE NAME LINDE ENGINEERING NORTH AMERICA INC 5 SENTRY PARKWAY EAST SUITE 300 BLUE BELL  PA  19422  US | | 11. IMPORTER OF RECORD NAME LINDE ENGINEERING NORTH AMERICA INC 5 SENTRY PARKWAY EAST SUITE 300 BLUE BELL  PA  19422  US | | |
| 12. CARRIER CODE GSSW | 13. VOYAGE/FLIGHT/TRIP 201404 | 14. LOCATION OF GOODS-CODE(S)/NAME(S)        S743 CITY DOCK 23 7200 – 8600 CLINTON DR HOUSTON TX 77029 | | |
| 16. VESSEL CODE/NAME STAR JAVA | | | | |
| 16. U.S. PORT OF UNLADING 5301 | 17. MANIFEST NUMBER | 18. G.O. NUMBER | | 19. TOTAL VALUE 6,124,500 |

20. DESCRIPTION OF MERCHANDISE
syngas cooler and catch pot, steel

| 21. IT/BL/ AWB CODE | 22. IT/BL/AWB NO. | 23. MANIFEST QUANTITY | 24. H.S. NUMBER | 25. COUNTRY OF ORIGIN | 26. MANUFACTURER NO. |
|---|---|---|---|---|---|
| M     (42869) H | GSSW14GOT0226A JASFANR24010653 | 8 PCE | 8419505000 | DE | DELINAG14PUL |
| | | | | | |
| | | | | | |
| | | | | | |

| 27. CERTIFICATION | 28. CBP USE ONLY |
|---|---|
| I hereby make application for entry/immediate delivery. I certify that the above information is accurate, the bond is sufficient, valid, and current, and that all requirements of 19 CFR Part 142 have been met. | ☐ OTHER AGENCY ACTION REQUIRED, NAMELY: |
| SIGNATURE OF APPLICANT                    JAS FORWARDING (USA) INC ATTY-IN-FACT | |
| PHONE NO.                                              DATE +1 (972) 393-2929  FAX: +1 (972) 462-0837    07/31/14 | ☐ CBP EXAMINATION REQUIRED. |
| 29. BROKER OR OTHER GOVT. AGENCY USE | ☐ ENTRY REJECTED, BECAUSE: |
| | DELIVERY AUTHORIZED:    SIGNATURE                               DATE |
| | ELECTRONIC ENTRY RELEASE NOTIFICATION. PORT OF 5301. I certify that proper release for this cargo has been received from U.S. Customs. Release Date: 08/02/14 16:01  JAS FORWARDING (USA) INC Signature: |

Paperwork Reduction Act Statement: An agency may not conduct or sponsor an information collection and a person is not required to respond to this information unless it displays a current valid OMB control number and an expiration date. The control number for this collection is 1651-0024. The estimated average time to complete this application is 15 minutes. If you have any comments regarding the burden estimate you can write to U.S. Customs and Border Protection, Office of Regulations and Rulings, 799 9th Street, NW., Washington DC 20229.

CBP Form 3461 (10/09)



THE LINDE GROUP

Linde Gas North America LLC
575 Mountain Avenue
Murray Hill, NJ 07974
U.S.A.

| CUSTOMS INVOICE | |
| --- | --- |
| Please quote with remittance: | |
| Invoice no. | Patriot PD002 |
| Auftrag Nr./Project No. | 2410 AYRW |
| Kennwort/Code | Patriot |
| Our reference | CPCA/5, Woll    Ms |
| Tel. | +49 (89) 7445-3136 |
| Fax | +49 (89) 7445-4966 |

| Date | Partial delivery no. | Our VAT no. | Your VAT no. |
| --- | --- | --- | --- |
| 06.06.2014 | 002 | DE113822613 | |

P.O. No.

| Quantity | Description of supply / service | Price EUR |
| --- | --- | --- |
| | We dispatch by FOB Bremen with m/v 'Star Java' | |
| | To:           Linde Engineering North America | |
| |               5 Sentry Parkway East | |
| |               Blue Bell, PA 19422 | |
| |               USA | |
| |               AV. Yoo Seung phone: (610)-832-8730 | |
| |               Mail: seung.yoo@linde-le.com | |
| | | |
| | 8 collies          gr.wt.: 201.288,0 kgs      nt.wt.: 176.314,0 Kgs | |
| | | |
| | Marks: | |
| | Consignee:        Linde Gas | |
| |                   North America | |
| | Port of Destination:   Houston Port | |
| | Gross Weight: (KGS): | |
| | Net Weight: (KGS): | |
| | Dimensions (CM): | |
| | Package No.: | |
| | Linde Project 2410 AYRW - Patriot | |
| | | |
| | Delivery for an Air Separation Plant in USA | |
| | | |
| | Part delivery for a partial oxidation of Natural Gas plant | |
| | Gasifier with transfer line | |
| | | |
| | Country of Origin: EU          H.S. Code: 8419505000 | |
| Gross total | | 4.500.000,00 |

value for customs purposes only

Linde AG
Engineering Division.

Bank account:
Bank               Code        Account no.    BKZ/S.W.I.F.T. code       IBAN code
Deutsche Bank AG, München      700 700 10    194 1063      DEUT DE MM       DE94 7007 0010 0194 1063 10

Linde AG                    Divisional Board:       Linde AG                   Supervisory Board:
Engineering Division        Christian Bruch,        Linde Group Headquarters:  Manfred Schneider (Chairman)
Dr.-Carl-von-Linde-Straße 6-14  Juergen Nowicki,    Munich                    Executive Board:
82049 Pullach, Germany      Sarah Behen             Court of Registration:     Wolfgang Büchele (Chairman),
Phone   +49 (0) 89 74 45 - 0                        Munich HRB 169850          Aldo Belloni, Thomas Blades,
Fax     +49 (0) 89 74 45 - 4908                     VAT no. DE 113 822 613     Georg Denoke, Sanjiv Lamba
info@linde-le.com
www.linde.de

MASTER PACKING LIST (MPL)



REL00006



page 1 of 1

DETAILED PACKING LIST (DPL)

DETAILED PACKING LIST (DPL)

DETAILED PACKING LIST (DPL)

REL00069

DETAILED PACKING LIST (DPL)

| Vendors Package No | Linde Package No | Linde P.O. Item No. | Linde P.O. Sub Item | Del Qty | Qty Unit | Weight per qty Item | Qty Unit for Weight per qty Item | Description - Internal txt | 2. Description - 2nd language or DEL. Description | Linde's Client Reference Item No | Charge No | LINDE Ident No | LINDE TAG No | Customs Tariff Code - HS Code | Country of Origin | Value per Qty Unit | Currency |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 3.0 | PC | 15.000 | | | | | | | | | | | |
| | | | 3.0 | PC | 9.000 | | | | | | | | | | | |
| | | | 3.0 | PC | 108.000 | | | | | | | | | | | |
| | | | 9.0 | PC | 30.000 | | | | | | | | | | | |
| | | | 9.0 | PC | 30.000 | | | | | | | | | | | |
| | | | 3.0 | PC | 95.000 | | | | | | | | | | | |
| | | | 1.0 | PC | 47.000 | | | | | | | | | | | |
| | | | 1.0 | PC | 30.000 | | | | | | | | | | | |
| | | | 1.0 | PC | 90.000 | | | | | | | | | | | |
| | | | 1.0 | PC | 34.000 | | | | | | | | | | | |
| | | | 1.0 | PC | 8.000 | | | | | | | | | | | |
| | | | 1.0 | PC | 6.000 | | | | | | | | | | | |
| | | | 1.0 | PC | 18.500 | | | | | | | | | | | |
| | | | 1.0 | PC | 35.300 | | | | | | | | | | | |
| | | | 1.0 | PC | 13.000 | | | | | | | | | | | |
| | | | 1.0 | PC | 42.000 | | | | | | | | | | | |
| | | | 1.0 | PC | 33.700 | | | | | | | | | | | |
| | | | 1.0 | PC | 17.000 | | | | | | | | | | | |
| | | | 1.0 | PC | 18.000 | | | | | | | | | | | |
| | | | 1.0 | PC | 14.000 | | | | | | | | | | | |
| | | | 1.0 | PC | 39.000 | | | | | | | | | | | |
| | | | 1.0 | PC | 24.000 | | | | | | | | | | | |
| | | | 1.0 | PC | 30.000 | | | | | | | | | | | |