## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* CRYSTAL JOHNSON, | : <br> : <br> : | NO.: 17-cv-1012 |
| Plaintiff, | : <br> : | **FILED UNDER SEAL** |
| v. | : <br> : | |
| LINDE AG, <u>et al.</u>, | : <br> : | |
| Defendants. | : | |

### ORDER

And now, this ____ day of _____, 2020, IT IS ORDERED that:

1. The following documents shall be unsealed:

    (a) the Complaint;

    (b) the Notice of Intervention for Purpose of Settlement;

    (c) this Order; and

    (d) any pleadings or orders filed after this time, including but not limited to Plaintiffs' Joint Stipulation of Dismissal, when filed, and its accompanying order.

2. All other pleadings shall remain under seal.

BY THE COURT:

_____
HARVEY BARTLE III
*Senior Judge*, United States District Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| *ex rel*. CRYSTAL JOHNSON, | : | NO.: 17-cv-1012 |
| | : | |
| Plaintiff, | : | **FILED UNDER SEAL** |
| | : | |
| v. | : | |
| | : | |
| LINDE AG, et al., | : | |
| | : | |
| Defendants. | : | |

**UNITED STATES' NOTICE OF INTERVENTION
FOR THE PURPOSE OF SETTLEMENT**

Pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (b)(4), the United States of America notifies the Court of its decision to intervene for the purpose of settlement against defendants Linde AG and Linde Engineering North America, Inc.[1] (collectively, "Linde"). The United States and the Relator have settled the claims asserted against Linde in this matter.

The United States requests that the following documents be immediately unsealed:

    a.    This Notice of Election to Intervene; and

    b.    The relator's Complaint;

    c.    The joint Stipulation of Dismissal; and

    d.    Any resulting Orders after the date of this Notice.

---

[1]    Following a corporate restructuring, Defendant Linde AG is now Linde GmbH, and Linde Engineering North America, Inc. is now Linde Engineering North America LLC.

The United States requests that all other papers or Orders on file in this matter remain under seal.

Upon payment pursuant to the Settlement Agreement, the United States and the relator will file a Stipulation of Dismissal as well as an accompanying proposed order.

A proposed order accompanies this notice.

Dated: September 23, 2020        Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

WILLIAM M. McSWAIN
United States Attorney

/s/ Charlene Keller Fullmer for
GREGORY B. DAVID
Assistant United States Attorney
Chief, Civil Division

 /s/ Paul W. Kaufman
LANDON Y. JONES III
PAUL W. KAUFMAN
Assistant United States Attorneys
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476


JAMIE ANN YAVELBERG
COLIN M. HUNTLEY
JENNIFER CHORPENING
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, DC 20044

**CERTIFICATE OF SERVICE**

I hereby certify that on this date a copy of **only** the foregoing Notice of Intervention for the Purpose of Settlement was sent by electronic mail to the following counsel for Relator:

>Stephen S. Hasegawa, Esquire
>Phillips & Cohen LLP
>100 The Embarcadero, Suite 300
>San Francisco, CA 94105

_____
Paul W. Kaufman
Assistant United States Attorney

Dated:   September 23, 2020