# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* CRYSTAL JOHNSON, | : <br> : NO.: 17-cv-1012 <br> : |
| Plaintiff, | : **FILED UNDER SEAL** <br> : |
| v. | : <br> : |
| LINDE AG, et al., | : <br> : |
| Defendants. | : |

## ORDER

And now, this 24th day of September, 2020, IT IS ORDERED that:

1. The following documents shall be unsealed:

    (a) the Complaint;

    (b) the Notice of Intervention for Purpose of Settlement;

    (c) this Order; and

    (d) any pleadings or orders filed after this time, including but not limited to Plaintiffs' Joint Stipulation of Dismissal, when filed, and its accompanying order.

2. All other pleadings shall remain under seal.

BY THE COURT:

/s/ Harvey Bartle III

_____

HARVEY BARTLE III
*Senior Judge*, United States District Court